borrowing lender under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

102.    Upon information and belief, Oppenheimer Senior Floating Rate Fund ("Oppenheimer") is an investment company organized under the laws of the Commonwealth of Massachusetts, with its principal place of business located in the State of New York. This entity was an original co-borrowing lender under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

103.    Upon information and belief, Pinehurst Trading, Inc. ("Pinehurst") is a corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of New York. This entity was an original co-borrowing lender under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

104.    Upon information and belief, Principal Life Insurance Company ("Principal Life") is a corporation organized under the laws of the State of Iowa, with its principal place of business located in the State of Iowa. This entity was an original co-borrowing lender under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

105.    Upon information and belief, Riviera Funding LLC ("Riviera Funding") is a limited liability company organized under the laws of the State of Delaware, with its principal place of business located in the State of North Carolina. This entity was an original co-borrowing lender under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

51

106.   Upon information and belief, Royal Bank of Canada ("Royal Bank of Canada") is a banking association organized under the laws of Canada, acting out of its branch office located in the State of New York. This entity was an original co-borrowing lender under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

107.   Upon information and belief, Blackrock Senior High Income Fund, Inc. (f/k/a Senior High Income Portfolio, Inc.) ("Merrill Lynch Portfolio") is a corporation organized under the laws of the State of Maryland, with its principal place of business located in the State of New Jersey. This entity was an original co-borrowing lender under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

108.   Upon information and belief, Stanwich Loan Funding LLC ("Stanwich") is a limited liability company organized under the laws of the State of Delaware, with its principal place of business located in the State of New York. This entity was an original co-borrowing lender under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

109.   Upon information and belief, Highland Floating Rate Limited Liability Company LLC (f/k/a Stein Roe Floating Rate Limited Liability Company) ("Stein Roe") is a limited liability company organized under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Massachusetts. This entity was an original co-borrowing lender under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

110.    Upon information and belief, Sumitomo Mitsui Banking Corporation ("Sumitomo") is a corporation organized under the laws of the Japan, with its principal place of business located in the State of New York.  This entity was an original co-borrowing lender under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

111.    Upon information and belief, Mizuho Financial Group, Inc. (f/k/a The Dai-Ichi Kangyo Bank, Ltd.) ("Dai-Ichi Kangyo") is a banking association organized under the laws of Japan, acting out of its branch office located in the State New York.  This entity was an original co-borrowing lender under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

112.    Upon information and belief, Mizuho Financial Group, Inc. (f/k/a The Industrial Bank of Japan, Limited) ("Industrial Bank of Japan") is a banking association organized under the laws of Japan, acting out of its branch office located in the State of New York.  This entity was an original co-borrowing lender under the UCA/HHC and CCH Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

113.    Upon information and belief, The Toronto-Dominion Bank ("Toronto Dominion") is a banking association organized under the laws of Canada, acting out its branch office located in the State of New York.  This entity was an original co-borrowing lender under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

114.    Upon information and belief, U.S. Bank National Association ("U.S. Bank") is a corporation organized under the laws of the State of Delaware, with its principal place of

business located in the State of Nebraska. This entity was an original co-borrowing lender under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

115.    Upon information and belief, UBS AG, Stamford Branch ("UBS") is a banking association organized under the laws of Switzerland, acting out of its branch office located in the State of Connecticut. This entity was an original co-borrowing lender under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

116.    Upon information and belief, United of Omaha Life Insurance Company ("United of Omaha") is a corporation organized under the laws of the State of Nebraska, with its principal place of business located in the State of Nebraska. This entity was an original co-borrowing lender under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

**The Non-Co-Borrowing Banks**

117.    In addition to the three Co-Borrowing Facilities, certain Adelphia entities were also borrowers under three Non-Co-Borrowing Facilities that were also syndicated to a group of lenders (the "Non-Co-Borrowing Lenders"). Certain of the Agent Banks and Syndicate Banks listed above were also parties to the Non-Co-Borrowing Facilities. The entities identified in the following paragraphs 118 through 145 were parties to the Non-Co-Borrowing Facilities, but were not parties to the Co-Borrowing Facilities (except to the extent they were subsequently acquired by one of the Co-Borrowing Lenders).

54

118.    Upon information and belief, Bank One, N.A. ("Bank One") is a national banking association acting out of its branch office located in the State of New York.

119.    Upon information and belief, Fleet National Bank (f/k/a BankBoston, N.A.) ("BankBoston") is a national banking association acting out of its branch office located in the Commonwealth of Massachusetts.

120.    Upon information and belief, BNP Paribas (f/k/a Banque Nationale de Paris) ("BNP") is a banking association organized under the laws of France, acting out of its branch office located in the State of New York.

121.    Upon information and belief, Bayerische Hypo-und Vereinsbank AG (HVB) ("BHV") is a banking association organized under the laws of Germany, acting out of its branch office located in the State of New York.

122.    Upon information and belief, BNP Paribas ("Bank Paribas") is a corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of New York.

123.    Upon information and belief, Citizens Bank of Rhode Island ("CBRI") is a national banking association acting out of its branch office located in the State of Rhode Island.

124.    Upon information and belief, Calyon (f/k/a Credit Agricole Indosuez) ("CAI") is a banking association organized under the laws of France, acting out of its branch office located in the State of New York.

125.    Upon information and belief, Dexia Credit Local New York Branch (f/k/a Credit Locale de France -- New York Agency) ("Credit Locale") is a banking association organized under the laws of France, acting out of its branch office located in the State of New York.

126.    Upon information and belief, Dresdner Bank AG ("Dresdner Bank") is a banking association organized under the laws of Germany, acting out of its branch office located in the State of New York.

127.    Upon information and belief, BancWest Corp. (f/k/a First Hawaiian Bank) ("First Hawaiian") is a national banking association acting out of its branch office located in the State of Hawaii.

128.    Upon information and belief, Bank One Corp. (f/k/a First National Bank of Chicago) ("FNBC") is a national banking association acting out of its branch office located in the State of Illinois.

129.    Upon information and belief, Manufacturers & Traders Trust Company (f/k/a First National Bank of Maryland) ("FNBM") is a national banking association acting out of its branch office located in the State of Maryland.

130.    Upon information and belief, Goldman Sachs Credit Partners, L.P. ("GSLP") is a limited partnership organized under the laws of Bermuda, with its principal place of business located in the State of New York.

131.    Upon information and belief, ING Prime Rate Trust (f/k/a Pilgrim America Prime Rate Trust) ("ING Trust") is an investment company organized under the laws of the

Commonwealth of Massachusetts, with its principal place of business located in the State of Arizona.

132.    Upon information and belief, KZH Holding Corporation III ("KZH Holding") is a corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of New York.

133.    Upon information and belief, Manufacturers & Traders Trust Company ("MTTC") is a national banking association acting out of its branch office located in the State of New York.

134.    Upon information and belief, Morgan Guaranty Trust Company ("Morgan Guaranty") is a corporation organized under the laws of the State of New York, with its principal place of business located in the State of New York.

135.    Upon information and belief, Octagon Credit Investors Loan Portfolio ("Octagon") is an investment company organized under the laws of the State of New York, with its principal place of business located in the State of New York.

136.    Upon information and belief, Transamerica Life Insurance Company (f/k/a PFL Life Insurance Company) ("PFL Life") is a corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of Connecticut.

137.    Upon information and belief, Royalton Company ("Royalton") is a corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of New York.

138.    Upon information and belief, Shinsei Bank, Limited (f/k/a The Long-Term Credit Bank of Japan, Ltd.) ("Long-Term Credit") is a banking association organized under the laws of Japan, acting out of its branch office located in the State of New York.

139.    Upon information and belief, MetLife Insurance Co. of Connecticut (f/k/a The Travelers Insurance Company) ("Travelers") is a corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of Connecticut.

140.    Upon information and belief, Union Bank of California, N.A. ("UBC") is a national banking association acting out of its branch office located in the State of California.

141.    Upon information and belief, Van Kampen Senior Loan Fund (f/k/a Van Kampen American Capital Prime Rate Trust) ("Van Kampen Trust") is an investment company organized under the laws of the Commonwealth of Massachusetts, with its principal place of business located in the State of Illinois.

142.    Upon information and belief, Webster Bank ("Webster Bank") is a national banking association acting out of its branch office located in the State of Connecticut.

143.    Upon information and belief, Goldman Sachs & Co. ("Goldman Sachs") is a corporation organized under the laws of the State of Delaware, with its principal place of business located in the State of New York.

144.    Upon information and belief, HSBC Bank USA ("HSBC") is a national banking association, acting out of its branch office located in the State of New York.

58

145.    Upon information and belief, Key Bank of New York ("Key Bank") is a national banking association, acting out of its branch office located in the State of New York.

**The Assignees**

146.    Each of the Co-Borrowing Facilities allowed an original Co-Borrowing Lender to assign to a third-party Assignee all or part of the Co-Borrowing Lender's interest in and its rights and responsibilities under the Co-Borrowing Facility and the related loan documents. Pursuant to the terms of each of the Co-Borrowing Facilities, such transfer of the Co-Borrowing Lender's interests, rights, and obligations constituted an assignment from such "Assignor" to the "Assignee." "Assignee" and "Assignor" are defined terms in each of the Co-Borrowing Facilities.

147.    Each Co-Borrowing Facility contained an exhibit entitled "Form of Assignment and Acceptance Agreement" (the "Assignment and Acceptance Agreement"). The Assignment and Acceptance Agreement provided, among other things, that the Assignee would assume from the Assignor all of the Assignor's rights and obligations under the applicable Co-Borrowing Facility Credit Agreement and, as such, each Assignee would stand in the place and stead of its Assignor. Each Assignee represented and warranted, among other things, that it is an Eligible Assignee (as that term is defined in the Co-Borrowing Facility) and that it "agrees that it will perform in accordance with their terms all of the obligations that by the terms of the [Co-Borrowing Facility] are required to be performed by it as a Lender" (as that term is also defined in the relevant Co-Borrowing Facility).

148.    Assignees were required to send the executed Assignment and Acceptance Agreements to the Administrative Agents for the Co-Borrowing Facilities for acceptance and

recording.  By signing the Assignment and Acceptance Agreement, the Assignee became a party

to the relevant Co-Borrowing Facility and was assigned all of the rights and obligations of the

original Co-Borrowing Lender.

149.    Upon information and belief, each of the Assignees under a Co-Borrowing

Facility executed an Assignment and Acceptance Agreement and sent that Assignment and

Acceptance Agreement to the Administrative Agent of that Co-Borrowing Facility for

acceptance and recording.

150.    Upon execution of the Assignment and Acceptance Agreement, each of the

Assignees named hereunder accepted all rights and obligations of the Co-Borrowing Lender

from which it received the assignment.  By accepting all obligations of the Co-Borrowing

Lender, the Assignee accepted the assignment subject to all claims that could be brought against

its Assignor Co-Borrowing Lender by Adelphia.

151.    Certain of the Assignees are Agent Banks, Investment Banks, or Syndicate Banks,

or are affiliated with those defendants and such Assignees had the same actual or constructive

knowledge of the Rigas Family's misuse of the Co-Borrowing Facilities as their affiliated

entities.

152.    In addition, certain Assignees identified below became assignees of an original

Co-Borrowing Lender or an intermediate Assignee under the Co-Borrowing Facility after March

27, 2002.  By that date, the market was on notice of serious problems and deficiencies in

Adelphia's public statements and financial disclosures.  By that date, the Rigas Family's

improper use of the Co-Borrowing Facilities and the understatement of Adelphia's debt by

several billion dollars were public knowledge.  Upon information and belief, these Assignees

also executed the appropriate Assignment and Acceptance Agreements and sent them to the

Administrative Agents for acceptance and recording. By accepting assignment after March 27,

2002, these Assignees were on notice that the assignments were subject to all claims that

Adelphia had against the Co-Borrowing Lenders including the right to setoff or apply adequate

protection payments against the principal amount of claims against the Assignee to the same

extent that Adelphia had recourse against the Assignor.

153.    Furthermore, certain of the Assignees identified below became Assignees of a Co-

Borrowing Lender under the Co-Borrowing Facility after the Petition Date. On August 23, 2002,

the Bankruptcy Court for the Southern District of New York issued an order approving

Adelphia's application for debtor in possession financing (the "Final DIP Order") which

provided, among other things, that no lender under any of the three Co-Borrowing Facilities,

including any assignee of any Co-Borrowing Lender, shall receive adequate protection payments

on the Co-Borrowing Facilities unless and until such party executes an acknowledgement

agreeing not to assign any of its co-borrowing loans without notifying the Assignee in writing

that the instruments assigned are subject to all claims and defenses, if any, of the Adelphia

Debtors' estates including the right to setoff or apply adequate protection payments against the

principal amount of claims against the Assignee to the same extent that the Adelphia Debtors'

estates had recourse against the Assignor (the "Post-Petition Assignment and Acknowledgement

Agreement").

154.    Pursuant to the Final DIP Order, each assignment of claims under the Co-

Borrowing Facilities was required to include an acknowledgment that the assignor had notified

the assignee that the rights under the assignment are subject to all claims and defenses that

Adelphia has against the Assignee to the same extent that Adelphia had against the Assignor.

155.    Upon information and belief, all of the Assignees identified below that received

assignments on or after August 23, 2002, executed the appropriate Post-Petition Assignment and

Acknowledgment Agreements.  All such Assignees, therefore, accepted the assignment with

knowledge that they were accepting the instrument being assigned subject to the claims being

asserted against them in this complaint.

156.    In each instance, all of the Assignees identified below stepped into the shoes of

their assignors.  The Assignees identified in the following paragraphs received payments of

principal and interest from Adelphia.

157.    Upon information and belief, Abbey National Treasury Services PLC is an

investment company engaged in the business of, among other things, acquiring bank debt, with

its principal place of business located in the State of Connecticut.  This entity acquired pursuant

to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the

CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia

on account of that debt.

158.    Upon information and belief, Addison CDO, Limited is a limited partnership

engaged in the business of, among other things, acquiring bank debt, with its principal place of

business located in the State of California.  This entity acquired pursuant to an assignment a

portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing

Facility, and upon information and belief received payments from Adelphia on account of that

debt.

159.    Upon information and belief, AG Capital Funding is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

160.    Upon information and belief, AIM Floating Rate Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

161.    Upon information and belief, AIMCO CLO Series, 2000-A is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

162.    Upon information and belief, AIMCO CLO Series, 2001-A is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the

CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

163.    Upon information and belief, Allstate Investments, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

164.    Upon information and belief, Allstate Life Insurance Co. is an insurance company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

165.    Upon information and belief, Alpha US Sub Fund II, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

166.    Upon information and belief, Amaranth Fund, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Connecticut. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing

64

Facility, and upon information and belief received payments from Adelphia on account of that debt.

167.    Upon information and belief, AMMC CDO I, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Ohio.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

168.    Upon information and belief, AMMC CDO II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Ohio.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

169.    Upon information and belief, Apex (IDM) CDO I, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

170.    Upon information and belief, Apex (Trimaran) CDO I, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH

Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

171.   Upon information and belief, Archimedes Funding II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

172.   Upon information and belief, Archimedes Funding III, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

173.   Upon information and belief, Archimedes Funding IV, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

174.   Upon information and belief, Ares Finance-II Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of

66

business located in the State of New York. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

175. Upon information and belief, Ares CLO Management LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

176. Upon information and belief, Ares Leveraged Investment Fund II, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

177. Upon information and belief, Ares III CLO Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

178. Upon information and belief, Ares IV CLO Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business

67

located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

179.    Upon information and belief, Ares V CLO Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

180.    Upon information and belief, Ares VI CLO Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

181.    Upon information and belief, Athena CDO Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

182.    Upon information and belief, Aurum CLO 2002 - 1 Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois. This entity acquired pursuant to an assignment a portion

of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

183.    Upon information and belief, Belhurst CLO, Ltd. (f/k/a Avalon Capital, Ltd.) is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

184.    Upon information and belief, Avalon, Ltd. 3 (f/k/a Avalon Capital, Ltd. 2) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

185.    Upon information and belief, Reynolds American Defined Master Trust (f/k/a B & W Master Tobacco Fund) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

69

186.    Upon information and belief, Balanced High Yield Fund II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

187.    Upon information and belief, Ballyrock CDO I Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

188.    Upon information and belief, Bear Stearns Investment Products, Inc. is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

189.    Upon information and belief, Bear, Stearns & Co., Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC

Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

190.    Upon information and belief, Blue Square Funding Series 3 is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

191.    Upon information and belief, Boston Income Portfolio is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

192.    Upon information and belief, Eli Broad Foundation is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

193.    Upon information and belief, California Public Employees Retirement System is an investment company engaged in the business of, among other things, acquiring bank debt,

71

with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

194.    Upon information and belief, Captiva IV Finance Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

195.    Upon information and belief, Caravelle Investment Fund II, L.L.C. is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

196.    Upon information and belief, Carlyle High Yield Partners II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

197.    Upon information and belief, Centurion CDO II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Minnesota. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

198.    Upon information and belief, Centurion CDO III, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Minnesota. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

199.    Upon information and belief, Century Interest is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

200.    Upon information and belief, Century Post Petition Interest is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

201.    Upon information and belief, Ceres II Finance Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

202.    Upon information and belief, Charter View Portfolio is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

203.    Upon information and belief, Citadel Hill 2000, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

204.    Upon information and belief, Clydesdale CLO 2001-1, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the

74

CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

205.    Upon information and belief, Columbus Loan Funding, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Connecticut.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

206.    Upon information and belief, Costantinus Eaton Vance CDO V, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

207.    Upon information and belief, Continental Casualty Company is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

208.    Upon information and belief, CSAM Funding I is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of

75

business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

209.   Upon information and belief, CSAM Funding II is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

210.   Upon information and belief, D.E. Shaw Laminar Portfolios, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

211.   Upon information and belief, DB Structured Products, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

212.     Upon information and belief, Blackrock Debt Strategies Fund (f/k/a Debt Strategies Fund II, Inc.) is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

213.     Upon information and belief, Debt Strategies Fund III, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

214.     Upon information and belief, Delano Company #274 is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

215.     Upon information and belief, DZ Bank AG Deutsche Zentral-Genossenschaftsbank is a financial institution engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt

77

was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

216.    Upon information and belief, Eaton Vance CDO II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

217.    Upon information and belief, Eaton Vance Institutional Senior Loan Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

218.    Upon information and belief, Eaton Vance Senior Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

219.    Upon information and belief, ELC (Cayman) Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business

78

located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

220.    Upon information and belief, ELC (Cayman) Ltd. CDO Series 1999-I is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

221.    Upon information and belief, ELC (Cayman) Ltd. Series 1999-I is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

222.    Upon information and belief, ELC (Cayman) Ltd. 1999-III is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

223.    Upon information and belief, ELC (Cayman) Ltd. 2000-I is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

224.    Upon information and belief, ELF Funding Trust I is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

225.    Upon information and belief, ELF Funding Trust III is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

226.    Upon information and belief, Eli Broad is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt

80

incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

227.   Upon information and belief, Emerald Orchard Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

228.   Upon information and belief, Endurance CLO I, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

229.   Upon information and belief, Erste Bank New York Branch (d/b/a Erste Bank) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

230.   Upon information and belief, Evergreen Funding Ltd., Co. is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal

place of business located in the State of Indiana.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

231.    Upon information and belief, FC CBO IV Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

232.    Upon information and belief, Fidelity Advisors Series II: Fidelity Advisor Floating Rate High Income Fund (161) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

233.    Upon information and belief, Fidelity Charles Street Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

82

234.    Upon information and belief, Fidelity High Yield Collective is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

235.    Upon information and belief, Fidelity School Street Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

236.    Upon information and belief, First Dominion Funding I is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

237.    Upon information and belief, First Dominion Funding II is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the

Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

238.    Upon information and belief, First Dominion Funding III is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

239.    Upon information and belief, Flagship CLO 2001-I is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

240.    Upon information and belief, Flagship CLO II is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

241.    Upon information and belief, Fortis Capital Corp. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Connecticut.  This entity acquired pursuant to an assignment a portion of the debt

incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

242.    Upon information and belief, Franklin CLO I, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

243.    Upon information and belief, Franklin CLO II, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

244.    Upon information and belief, Franklin CLO III, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

245.    Upon information and belief, Franklin Floating Rate Daily Access Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

246.    Upon information and belief, Franklin Floating Rate Master Series is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

247.    Upon information and belief, Franklin Floating Rate Daily Access Fund (f/k/a Franklin Floating Rate Trust) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

248.    Upon information and belief, Galaxy CLO 1999-1, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus

86

Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

249.    Upon information and belief, Gleneagles Trading LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

250.    Upon information and belief, GoldenTree Loan Opportunities I, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

251.    Upon information and belief, GoldenTree Loan Opportunities II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

252.    Upon information and belief, GoldenTree High Yield Master Fund, Ltd. (f/k/a GoldenTree Master Fund, Ltd.) is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.

87

This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

253.    Upon information and belief, GoldenTree High Yield Opportunities II, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

254.    Upon information and belief, Grayson & Co. is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

255.    Upon information and belief, Great Point CLO 1999-1, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

256.    Upon information and belief, Greystone CLO Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

257.    Upon information and belief, GSC Recovery IIA, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

258.    Upon information and belief, GoldenTree High Yield Value Master Fund, L.P. is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

259.    Upon information and belief, Halcyon Fund, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-

89

Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

260.    Upon information and belief, Hamilton CDO, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

261.    Upon information and belief, Harbour Town Funding, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

262.    Upon information and belief, Harbourview CDO II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Colorado. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

263.    Upon information and belief, Harbourview CLO IV, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of

90

business located in the State of Colorado.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

264.    Upon information and belief, Harch CLO I, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Florida.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

265.    Upon information and belief, High Income Portfolio is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

266.    Upon information and belief, Highland Legacy Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

91

267.    Upon information and belief, Highland Loan Funding V, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

268.    Upon information and belief, Highland Offshore Partners is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

269.    Upon information and belief, IBJ Whitehall Funding 2001 Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Delaware.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

270.    Upon information and belief, RiverSource Life Insurance Company (f/k/a IDS Life Insurance Company) is an insurance company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which

92

debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

271.    Upon information and belief, Indosuez Capital Funding IIA, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

272.    Upon information and belief, Indosuez Capital Funding IV, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

273.    Upon information and belief, ING Senior Inome Fund (f/k/a ING Pilgrim Senior Income Fund) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Arizona.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

274.    Upon information and belief, ING Senior Income Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of

93

business located in the State of Arizona. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

275. Upon information and belief, Investment Fund II LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

276. Upon information and belief, Investment Partners I is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

277. Upon information and belief, J.H. Whitney Market Value Fund, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Connecticut. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

278. Upon information and belief, Jissekikun Funding, Ltd. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business

located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

279.   Upon information and belief, Jupiter Loan Funding LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

280.   Upon information and belief, Katonah I, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

281.   Upon information and belief, Katonah II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

282.   Upon information and belief, Katonah III, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the

debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

283.   Upon information and belief, King Street Capital, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

284.   Upon information and belief, KZH CNC LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

285.   Upon information and belief, KZH Highland-2 LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

286.   Upon information and belief, KZH ING-1 LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of

96

business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

287.    Upon information and belief, KZH ING-3 LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

288.    Upon information and belief, KZH Pamco LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

289.    Upon information and belief, KZH Soleil LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

97

290.    Upon information and belief, KZH Soleil-2 LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

291.    Upon information and belief, KZH Sterling LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

292.    Upon information and belief, Landmark CDO Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Connecticut.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

293.    Upon information and belief, LCM I Limited Partnership is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus

Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

294.    Upon information and belief, Lehman Commercial Paper, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

295.    Upon information and belief, Longhorn CDO (Cayman) Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

296.    Upon information and belief, Longhorn II CDO (Cayman) Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

297.    Upon information and belief, Magnetite Asset Investors L.L.C. is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its

99

principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

298.    Upon information and belief, Merrill Lynch Debt Strategies Fund II, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

299.    Upon information and belief, Merrill Lynch Global Investment Series: Income Strategies Portfolio is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

300.    Upon information and belief, Mizuho Corporate Bank, Ltd. is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.