301.    Upon information and belief, ML CLO XV Pilgrim America (Cayman) Ltd. is a limited partnership investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Arizona.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

302.    Upon information and belief, ML CLO XX Pilgrim America (Cayman) Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Arizona.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

303.    Upon information and belief, Monument Capital Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

304.    Upon information and belief, Morgan Stanley Emerging Markets, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH

and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

305.    Upon information and belief, Morgan Stanley Prime Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

306.    Upon information and belief, Mountain Capital CLO I is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

307.    Upon information and belief, Mountain Capital CLO II is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

308.    Upon information and belief, Muirfield Trading, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal

102

place of business located in the State of North Carolina. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

309.    Upon information and belief, Muzinich Cashflow CBO II Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Cayman Islands. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

310.    Upon information and belief, MW Post Opportunity Offshore Fund, Ltd. is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

311.    Upon information and belief, MW Post Portfolio Fund, Ltd. is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

312.    Upon information and belief, Nationwide Life and Annuity Insurance Company is an insurance company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Ohio.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

313.    Upon information and belief, Nationwide Mutual Insurance Company is an insurance company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Ohio.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

314.    Upon information and belief, Nemean CLO Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

315.    Upon information and belief, New Alliance Global CDO, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH,

104

Olympus and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

316.   Upon information and belief, New York Life Insurance and Annuity Co. is an insurance company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Ohio.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

317.   Upon information and belief, Nomura Bond & Loan Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

318.   Upon information and belief, Northwoods Capital, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

319.   Upon information and belief, Northwoods Capital II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of

business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

320.    Upon information and belief, Northwoods Capital III, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

321.    Upon information and belief, Nuveen Floating Rate Income Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

322.    Upon information and belief, Nuveen Senior Income Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

106

323.    Upon information and belief, Oak Hill CLO Management I, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

324.    Upon information and belief, Oak Hill Credit Partners I, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

325.    Upon information and belief, Oak Hill Fund II, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

326.    Upon information and belief, Oak Hill Securities Fund, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH

and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

327.    Upon information and belief, Opportunity Fund, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

328.    Upon information and belief, Oryx CLO, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

329.    Upon information and belief, Owl Creek Asset Management, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

330.    Upon information and belief, Oxford Strategic Income Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant

to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

331.    Upon information and belief, Pacifica Partners I, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

332.    Upon information and belief, Pam Capital Funding L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

333.    Upon information and belief, Pamco Cayman Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

334.    Upon information and belief, Perry Principals, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

335.    Upon information and belief, Phoenix-Goodwin High Yield Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Maryland.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

336.    Upon information and belief, Pilgrim CLO 1999-1 Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Arizona.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

337.    Upon information and belief, ING Senior Income Fund (f/k/a Pilgrim Senior Income Fund) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Arizona.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt

110

was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

338.    Upon information and belief, PIMCO Corporate Income Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

339.    Upon information and belief, Post Balanced Fund, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

340.    Upon information and belief, Post High Yield, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CHH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

341.    Upon information and belief, Post Opportunity Fund, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of

business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

342.    Upon information and belief, Post Opportunity Offshore Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

343.    Upon information and belief, PPM Shadow Creek Funding LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

344.    Upon information and belief, PPM Spyglass Funding Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

112

345.    Upon information and belief, Providence Capital LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Minnesota. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

346.    Upon information and belief, Prudential Insurance Company of America is an insurance company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New Jersey. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

347.    Upon information and belief, Putnam Diversified Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

348.    Upon information and belief, Putnam High Yield Advantage Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was

113

incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

349.   Upon information and belief, Putnam High Yield Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

350.   Upon information and belief, Putnam Master Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

351.   Upon information and belief, Putnam Master Intermediate Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

352.   Upon information and belief, Putnam Premier Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal

114

place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

353.    Upon information and belief, Putnam Variable Trust - PVT Diversified Income Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

354.    Upon information and belief, Putnam Variable Trust - PVT High Yield Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

355.    Upon information and belief, QDRF Master Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

115

356.    Upon information and belief, Quantum Partners, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

357.    Upon information and belief, Race Point CLO, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

358.    Upon information and belief, Redwood Master Fund, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Ohio.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

359.    Upon information and belief, Reliance Standard Life Insurance Company is an insurance company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Pennsylvania.  Upon information

116

and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

360.    Upon information and belief, Restoration Funding CLO, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

361.    Upon information and belief, Rosemont CLO, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

362.    Upon information and belief, Safety National Casualty Corp. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Missouri. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

363.    Upon information and belief, Sankaty High Yield Partners II, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired

117

pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

364.    Upon information and belief, Satellite Senior Income Fund, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

365.    Upon information and belief, Sawgrass Trading LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

366.    Upon information and belief, Scudder Floating Rate Fund is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

367.    Upon information and belief, Seaboard CLO 2000 Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Delaware.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

368.    Upon information and belief, Seneca Capital, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

369.    Upon information and belief, Senior Debt Portfolio is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

370.    Upon information and belief, Sequils-Centurion V, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing

119

Facility, and upon information and belief received payments from Adelphia on account of that debt.

371.    Upon information and belief, Sequils-Cumberland I, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

372.    Upon information and belief, Sequils-ING (HBDGM), Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

373.    Upon information and belief, Wasatch CLO, Ltd. (f/k/a Sequils-Liberty, Ltd.) is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

374.    Upon information and belief, Sequils-Magnum, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of

business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

375.    Upon information and belief, Sequils-Pilgrim I, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Arizona. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

376.    Upon information and belief, Sierra CLO I Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

377.    Upon information and belief, Signature 1A (Cayman), Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

121

378.    Upon information and belief, Skandinaviska Enskilda Banken (AB) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

379.    Upon information and belief, SL Loans I Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

380.    Upon information and belief, SOF Investments, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

381.    Upon information and belief, Sprugos Investments IV, LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH

122

Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

382.    Upon information and belief, SRF 2000 LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

383.    Upon information and belief, SRS Strategies (Cayman), L.P. is limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

384.    Upon information and belief, SRV-Highland, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Texas.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

385.    Upon information and belief, Stanfield Arbitrage CDO, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an

assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

386.    Upon information and belief, Stanfield CLO, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

387.    Upon information and belief, Stanfield Quattro CLO, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

388.    Upon information and belief, Stanfield RMF Transatlantic CDO Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

124

389.    Upon information and belief, State of South Dakota Retirement System is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

390.    Upon information and belief, Stein Roe & Farnham CLO I Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

391.    Upon information and belief, Stephen Adams Living Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. Upon information and belief, this entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, and received payments from Adelphia on account of that debt.

392.    Upon information and belief, SunAmerica Senior Floating Rate Fund, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the Commonwealth of Massachusetts. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred

125

under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

393.    Upon information and belief, Syndicated Loan Funding Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

394.    Upon information and belief, The ING Capital Senior Secured High Income Holdings Fund, Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of California. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

395.    Upon information and belief, The President and Fellows of Harvard College is an institution engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

396.    Upon information and belief, Third Avenue Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of

126

business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

397.    Upon information and belief, Thracia LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

398.    Upon information and belief, LMP Corporate Loan Fund Inc. (f/k/a Travelers Corporate Loan Fund, Inc.) is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Connecticut. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

399.    Upon information and belief, Tryon CLO Ltd. 2000-1 is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

400.    Upon information and belief, Tuscany CDO Ltd. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Michigan.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

401.    Upon information and belief, Tyler Trading, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of North Carolina.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

402.    Upon information and belief, University of Chicago is an institution engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

403.    Upon information and belief, Van Kampen Senior Loan Fund (f/k/a Van Kampen Prime Rate Income Trust) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

128

404.    Upon information and belief, Van Kampen Senior Loan Fund (f/k/a Van Kampen Senior Floating Rate Fund) is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

405.    Upon information and belief, Van Kampen Senior Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Illinois.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH, Olympus, and UCA/HHC Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

406.    Upon information and belief, Venture CDO 2002, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

407.    Upon information and belief, National Westminster Bank PLC is a financial institution engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Ohio.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing

129

Facility, and upon information and belief received payments from Adelphia on account of that debt.

408.    Upon information and belief, Whitney Private Debt Fund, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Connecticut. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

409.    Upon information and belief, Windsor Loan Funding, Limited is a limited partnership engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of New York. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

410.    Upon information and belief, Winged Foot Fund Trust is an investment company engaged in the business of, among other things, acquiring bank debt, with its principal place of business located in the State of Connecticut. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

411.    Upon information and belief, 228 Variable Insurance Products Fund II: Asset Manager Portfolio is a banking association engaged in the business of, among other things,

acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

412.    Upon information and belief, ABN AMRO Bank NV is a banking association organized under the laws of the Netherlands, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC and CCH Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

413.    Upon information and belief, Aeries Finance-II Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

414.    Upon information and belief, Alexandra Global Master Fund Ltd. is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

415.    Upon information and belief, Manufacturers & Traders Trust Company (f/k/a Allfirst Bank) is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by

Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

416.   Upon information and belief, AMARA 2 Finance, Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

417.   Upon information and belief, Ameriprise Certificate Company (f/k/a American Express Certificate Company) is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

418.   Upon information and belief, Ameriprise Certificate Company is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

419.   Upon information and belief, AMMC CLO, Ltd. is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred

132

under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

420.   Upon information and belief, AMMC CLO V, Limited is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

421.   Upon information and belief, Aquitania Partners Q.P., L.P. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

422.   Upon information and belief, Archimedes Funding IV (Cayman), Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

423.   Upon information and belief, Ares Enhanced Credit Opportunities Fund, Ltd. is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

133

424.   Upon information and belief, Ares Leveraged Investment Fund, L.P. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

425.   Upon information and belief, The Assets Management Committee of the Coca-Cola Master Retirement Trust is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

426.   Upon information and belief, Augusta Trading LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

427.   Upon information and belief, Avenue Special Situations Fund II, LP is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

428.   Upon information and belief, AVL Loan Funding LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

429.   Upon information and belief, Axis/SRS Limited is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

430.   Upon information and belief, Bank of America N.A. is a national banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC, CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

431.   Upon information and belief, Bank of America Distressed Trade is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

432.   Upon information and belief, Bank of America Trade is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired

135

pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

433.    Upon information and belief, Bank of Montreal is a banking association organized under the laws of Canada, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

434.    Upon information and belief, The Bank of New York is a banking association engaged in the business of, among other things, acquiring bank debt.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

435.    Upon information and belief, The Bank of Nova Scotia is a banking association organized under the laws of Canada, engaged in the business of, among other things, acquiring bank debt.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC, CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

436.    Upon information and belief, Bank of Tokyo-Mitsubishi Trust Company is a banking association engaged in the business of, among other things, acquiring bank debt.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt

136

was incurred under the UCA/HHC and CCH Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

437.    Upon information and belief, Deutsche Bank AG (f/k/a Bankers Trust Company) is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC, CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

438.    Upon information and belief, Barclays Bank PLC is a banking association organized under the laws of the United Kingdom, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

439.    Upon information and belief, Battery Park High Yield Long Short is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

440.    Upon information and belief, Battery Park High Yield Opportunity Fund LP is a limited partnership engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt

137

was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

441.    Upon information and belief, Bayerische Landesbank (f/k/a Bayerische Landesbank Gironzentrale) is a banking association organized under the laws of Germany, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

442.    Upon information and belief, BBT Fund LP is a limited partnership organized under the laws of the Cayman Islands, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

443.    Upon information and belief, Bear Stearns Credit Products is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

444.    Upon information and belief, Big Sky Senior Loan Fund is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred

138

under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

445.    Upon information and belief, Black Diamond CLO 2000 is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

446.    Upon information and belief, Blackrock Corporate High Yield Fund, Inc. (f/k/a Corporate High Yield Fund, Inc.) is a corporation engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

447.    Upon information and belief, Blackrock Corporate High Yield Fund III, Inc. (f/k/a Corporate High Yield Fund III, Inc.) is a corporation engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

448.    Upon information and belief, Blackrock Corporate High Yield Fund V, Inc. (f/k/a Corporate High Yield Fund V, Inc.) is a corporation engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

139

449.    Upon information and belief, Blackrock Corporate High Yield Fund VI, Inc. (f/k/a Corporate High Yield Fund VI, Inc.) is a corporation engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

450.    Upon information and belief, Blackrock Floating Rate Income Strategies Fund, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HCC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

451.    Upon information and belief, Blackrock Floating Rate Income Strategies Fund II, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HCC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

452.    Upon information and belief, Blackrock Floating Rate Income Strategies Fund, Inc. (f/k/a Floating Rate Income Strategies Fund, Inc.) is a corporation engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

453.    Upon information and belief, Blackrock Global Floating Rate Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

454.    Upon information and belief, Blackrock Limited Duration Income Trust is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

455.    Upon information and belief, Blackrock Senior Income Series is an investment company organized under the laws of the Cayman Islands, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

456.    Upon information and belief, Blackrock Senior Income Series III is an investment company organized under the laws of the Cayman Islands, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HCC and CCH Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

141

457.    Upon information and belief, Blackrock Senior Loan Trust is a banking association engaged in the business of, among other things, acquiring bank debt.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

458.    Upon information and belief, BMO Capital Markets Finance, Inc. is a corporation organized under the laws of Canada, engaged in the business of, among other things, acquiring bank debt.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

459.    Upon information and belief, BMO Capital Markets Finance, Inc. (f/k/a BMO Nesbitt Burns Financing, Inc.) is a banking association engaged in the business of, among other things, acquiring bank debt.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC and CCH Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

460.    Upon information and belief, BNP Paribas is a banking association organized under the laws of France, engaged in the business of, among other things, acquiring bank debt.  This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

142

461.    Upon information and belief, BT Holdings is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

462.    Upon information and belief, Calyon is a banking association organized under the laws of France, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

463.    Upon information and belief, Camulos Master Fund LP is a limited partnership engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HCC, CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

464.    Upon information and belief, Candela Capital Management LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

465.    Upon information and belief, Candlewood Capital Partners LLC is a limited liability company engaged in the business of, among other things, acquiring bank debt. This

143

entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

466.    Upon information and belief, Canpartners Investments IV, LLC is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

467.    Upon information and belief, CAP Fund, L.P. is a limited partnership engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HCC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

468.    Upon information and belief, Captiva III Finance Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

469.    Upon information and belief, Caravelle Investment Fund, LLC is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was

144

incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

470.     Upon information and belief, Carlyle High Yield Partners, L.P. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

471.     Upon information and belief, Carlyle High Yield Partners III, Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

472.     Upon information and belief, Carlyle High Yield Partners IV, Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

473.     Upon information and belief, Carlyle Loan Investment Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

145

474.    Upon information and belief, Castlerigg Master Investments Ltd. is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

475.    Upon information and belief, Cedar Creek Spiret Loan Trust is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

476.    Upon information and belief, Cedarview Opportunities Master Fund is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

477.    Upon information and belief, JPMorgan Chase Bank, N.A. (f/k/a The Chase Manhattan Bank) is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC, CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

146

478.    Upon information and belief, CIBC Inc. is a banking association organized under the laws of Canada, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC and CCH Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

479.    Upon information and belief, CIC Union Européenne, International et Cie is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

480.    Upon information and belief, Citi GoldenTree Ltd. is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

481.    Upon information and belief, Citibank, N.A. is a national banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC, CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

482.    Upon information and belief, Citicorp USA, Inc. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an

assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

483.    Upon information and belief, Citigroup Consolidated is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

484.    Upon information and belief, Citigroup Financial Products, Inc. is a corporation engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the UCA/HHC and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

485.    Upon information and belief, LMP Corporate Loan Fund, Inc. (f/k/a Citigroup Investments Corporate Loan Fund, Inc.) is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

486.    Upon information and belief, City National Bank is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred

148

under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

487.   Upon information and belief, CMI I Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

488.   Upon information and belief, CN Loan Fund, Inc. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

489.   Upon information and belief, Cohanzick Credit Opportunities is an investment company engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

490.   Upon information and belief, Columbus Nova Capital Master Fund is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

491.    Upon information and belief, Concordia Distressed Debt Fund, L.P. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

492.    Upon information and belief, Concordia MAC29 Ltd. is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the CCH and Olympus Co-Borrowing Facilities, and upon information and belief received payments from Adelphia on account of that debt.

493.    Upon information and belief, Confluent 2 Limited is an investment company organized under the laws of Ireland, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt

494.    Upon information and belief, Confluent 3 Limited is an investment company organized under the laws of Ireland, engaged in the business of, among other things, acquiring bank debt. This entity acquired pursuant to an assignment a portion of the debt incurred by Adelphia, which debt was incurred under the Olympus Co-Borrowing Facility, and upon information and belief received payments from Adelphia on account of that debt.

495.    Upon information and belief, Contrarian Funds, LLC is a banking association engaged in the business of, among other things, acquiring bank debt. This entity acquired

150