UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------x
ADELPHIA RECOVERY TRUST,                    :   No. 05 Civ. 9050 (LMM)
                                            :
                Plaintiff,            :     :
                                            :
            - against -                     :
                                            :
BANK OF AMERICA, N.A., et al.,              :
                                            :
                Defendants.           :     :
----------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/07

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties as follows:

1. Defendants represented by the undersigned counsel shall answer or otherwise respond to the Amended Complaint on or before December 21, 2007.

2. Plaintiff shall file its opposition to any motions on or before February 14, 2008.

3. Defendants shall file their reply papers on or before March 6, 2008.

4. Defendants shall confer and attempt to file consolidated motion papers and shall use their best efforts to avoid duplication of argument.

5. Parties may exceed the normal page limits for briefs and the parties shall confer in good faith to agree on reasonable page limits.

6. The parties will work in good faith with each other to resolve any issues concerning requests for additional time or to modify page limits.

7. Subject to any separate agreements that may be reached between plaintiff and individual defendants, the schedule set forth in this stipulation shall apply to any other defendants regardless of whether they are signatories to this stipulation.

Dated  New York, New York
       December 3, 2007

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _Howard Schub_

David M. Friedman
Michael C. Harwood
Howard W. Schub
Joshua S. Bauchner

1633 Broadway
New York, New York 10019
Tel:  (212) 506-1700
Fax:  (212) 506-1800

Counsel for The Adelphia Recovery Trust as to all
claims except for claims against defendants CIBC,
Inc.; CIBC World Markets Corp.; Rabobank
Nederland, New York; and Société Générale.

2

JENNER & BLOCK LLP

By: _Deirdre Connell (afs - with permission)_
Deirdre E. Connell
Vincent E. Lazar
Robert J. Blazejowski

330 N. Wabash Avenue
Chicago, Illinois  60611-7603
Tel:  (312) 222-9350
Fax:  (312) 527-0484

Counsel for The Adelphia Recovery Trust as to all
claims except for claims against defendants ABN
AMRO Bank, N.V., ABN AMRO Securities LLC,
Deutsche Bank AG, Deutsche Bank Alex Brown,
Scudder Floating Rate Fund,  HSBC Bank USA,
Nuveen Floating Rate Fund, Nuveen Senior Income
Fund, and National City Bank of Pennsylvania.

SIMPSON THACHER & BARTLETT LLP

By: _Peter Pantaleo (9PB with permission)_
Peter V. Pantaleo
William T. Russell, Jr.
Elisha D. Graff

425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

Attorneys for Wachovia Bank,
National Association and
Wachovia Capital Markets, LLC (f/k/a Wachovia
Securities, Inc.).

HAYNES AND BOONE, LLP

By: _Thomas Kurth_ (*MS with permission*)
Thomas E. Kurth
Richard D. Anigian
Debra J. McComas
901 Main Street, Suite 3100
Dallas, Texas 75202
Tel: (214) 651-5000

Judith Elkin
153 E. 53rd Street, Suite 4900
New York, New York 10022

Tel: (212) 659-7300

WHITE & CASE LLP

Glenn M. Kurtz
Karen M. Asner
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200

Attorneys for Bank of America, N.A..

5

MAYER BROWN LLP

By: _J. Robert Stoll (JJS—with permission)_
J. Robert Stoll
Jean-Marie L. Atamian
Kenneth E. Noble
1675 Broadway, Suite 1900
New York, New York  10019
Tel: (212) 506-2500


Attorneys for Bank of Montreal and BMO
Capital Markets Corp. (f/k/a BMO
Nesbitt Burns Corp.).

6

WILLIAMS & CONNOLLY, LLP

By: _F. Whitten Peters (WB with permission)_
F. Whitten Peters
Lance A. Wade

725 – 12th Street, NW
Washington, D.C.  20005
Tel: (202) 434-5000
Fax: (202) 434-5029

BLANK ROME LLP

Raymond L. Shapiro
James V. Masella, III
Andrew B. Eckstein

405 Lexington Avenue
New York, NY 10174
Tel: (212) 885-5000
Fax: (212) 885-5002

Attorneys for PNC Bank, NA.

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _Phillip Anker (gts with permission)_
Philip D. Anker
John A. Valentine
Theresa Titolo

399 Park Avenue
New York, New York  10022
Tel: (212) 230-8800
Fax: (212) 230-8888

Attorneys for Credit Suisse, New York Branch;
Credit Suisse Capital Funding, Inc; Credit Suisse
(USA), Inc.; and The Royal Bank of Scotland PLC.

8

GIBSON, DUNN & CRUTCHER LLP

By: _Jonathan Landers (MRK with permission)_
Jonathan M. Landers
Robert F. Serio
Marshall R. King

200 Park Avenue
47th Floor
New York, New York 10166-0193
Tel: (212) 351-4000

Attorneys for Defendants
Merrill Lynch & Co., Inc. and
Merrill Lynch Capital Corp.

9

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP


By: _Richard Miller (RS-with permission)_
Richard S. Miller, Esq.
Michael R. Gordon, Esq.

599 Lexington Avenue
New York, NY 10022
Tel: (212) 536-3900
Fax: (212) 536-3901

Attorneys for Barclays Bank PLC.

10

WHITE & CASE LLP

By: _Sandeep Qusba (MS with permission)_

Sandeep Qusba
Heather K. McDevitt
Sarah N. Campbell
Jenna Nicenko

1155 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200

Attorneys for Defendant
ABN AMRO Bank N.V.

11

MILBANK, TWEED, HADLEY & M^CCLOY LLP

By: *David Gelfand (AB with permission)*

David R. Gelfand
Thomas A. Arena

1 Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000

Attorneys For JPMorgan Chase Bank, N.A., and
JPMorgan Securities, Inc.

CLIFFORD CHANCE US LLP


By: _Mark Kirsch ( gds with permission )_

Mark A. Kirsch
Christopher M. Joralemon
Angelique Shingler

31 West 52nd Street
New York, New York 10019
Tel: (212) 878-8000

Attorneys for The Bank of New York, The Bank of
New York Mellon Corporation (f/k/a The Bank of
New York Company, Inc.) and Morgan Stanley
Senior Funding, Inc.

13

KIRKLAND& ELLIS LLP

By: _Richard Wynne (RB-with permission)_
Richard L. Wynne

777 South Figueroa Street
Los Angeles, California  90017
Tel: (213) 680-8400
Fax: (213) 680-8500

Attorneys for The Ad Hoc Committee of
Non-Agent Secured Lenders.

14

McGUIREWOODS LLP

By: *Patrick Hayden (DWH - with permission)*
Patrick L. Hayden

1345 Avenue of the Americas
7th Floor
New York, New York 10105-0106
Tel: (212) 548-2100
Fax: (212) 548-2150

-and-

Dion W. Hayes

One James Center
901 East Cary Street
Richmond, VA  23219-4030
Tel: (804) 775-1000
Fax: (804) 775-1061

Attorneys for Toronto Dominion (Texas) LLC and The
Toronto-Dominion Bank.

15

CLIFFORD CHANCE US LLP

By: *Andrew Brozman (JFS with permission)*
Andrew Brozman
James F. Moyle

31 West 52nd Street
New York, NY 10019
Tel: (212) 878-8000
Fax: (212) 878-8375

Attorneys for Calyon New York Branch,
Calyon Securities (USA), Inc., LCM I Limited
Partnership and Indosuez Capital Funding IIA, Ltd.

16

LUSKIN, STERN & EISLER LLP


By: _Michael Luskin (AS with permission)_
Michael Luskin
Trevor Hoffmann

330 Madison Avenue
New York, New York  10017
Tel: (212) 293-2700

Attorneys for The Bank of Nova Scotia.

STITES & HARBISON PLLC

By: _Robert Griffith (als-with permission)_
Robert W. Griffith

400 West Market Street, Suite 1800
Louisville, KY 40507
Tel: (502) 587-3400
Fax: (502) 587-6391

Attorneys for SunTrust Banks, Inc.

MILBANK, TWEED, HADLEY &
McCLOY LLP


By: _Luc Despins (915 with permission)_
Luc A. Despins
Scott A. Edelman
Stacey J. Rappaport

1 Chase Manhattan Plaza
New York, New York 10005
ldespins@milbank.com
sedelman@milbank.com
srappaport@milbank.com
Tel: (212) 530-5000

Attorneys for Defendants Citibank, N.A.
and Citicorp USA, Inc.

CLEARY GOTTLIEB STEEN &
HAMILTON LLP


By: _Mitchell Lowenthal (MS with permission)_
Mitchell A. Lowenthal
 A Member of the Firm

One Liberty Plaza
New York, New York 10006
Tel:  (212) 225-2000
Fax:  (212) 225-3999

Attorneys for ABN AMRO Inc., Banc of
America Securities LLC, BNY Capital
Markets, Inc., Barclays Capital Inc.,
Citigroup Global Markets Holdings Inc.,
CIBC World Markets Corp., Deutsche Bank
Securities, Inc. (f/k/a Deutsche Bank
Alex.Brown, Inc.), Fleet Securities, Inc.
(whose liabilities have been assumed by
Bank of America, N.A.), Morgan Stanley &
Co. Incorporated, PNC Capital Markets
LLC, Scotia Capital (USA) Inc., SunTrust
Capital Markets, Inc. (f/k/a SunTrust
Equitable Securities), and TD Securities
(USA) LLC (f/k/a TD Securities (USA)
Inc.).

STROOCK & STROOCK & LAVAN LLP

By: _Kenneth Pasquale (JTS with permission)_
Kenneth Pasquale

180 Maiden Lane
New York, New York 10038
Tel:  (212) 806-5400

Attorneys for The Fuji Bank, Limited.

McKEE NELSON LLP

By: _Jennifer Hurley McGay (JHB with permission)_
Jennifer Hurley McGay
Steven G. Brody
Matthew Minerva

One Battery Park Plaza
New York, NY 10004
Tel: (917) 777-4200
Fax: (917) 777-4299

Attorneys for Deutsche Bank AG.


SO ORDERED:

_USDJ      12/4/07_