KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Richard L. Wynne (RW 5630)

-and-

777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Laura A. Thomas (*admitted pro hac vice*)

Attorneys For Non-Agent Lenders

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADELPHIA RECOVERY TRUST,<br><br>      Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>      Defendants. | No. 05-CV-9050 (LMM)<br><br>**FEDERAL RULE 7.1<br>DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT FOR NON-AGENT LENDERS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirkland & Ellis LLP, as attorneys for Non-Agent Lenders, makes the following disclosures as required by the Rule. The Non-Agent Lenders' disclosures appear in the chart, attached as Exhibit A (the "Chart"). The Chart contains disclosures on behalf of Kirkland & Ellis LLP's Non-Agent Lender clients in this matter who must file disclosures. Kirkland & Ellis LLP reserves the right to amend the Chart as new information is obtained and/or as new Non-Agent Lenders retain Kirkland & Ellis LLP in this matter.

Dated:   December 20, 2007

          /s/  Richard L. Wynne
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675
Richard L. Wynne (RW 5630)

-and-

777 South Figueroa Street
Los Angeles, California  90017
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500
Laura Thomas (*admitted pro hac vice*)

Attorneys for Non-Agent Lenders

K&E 12287347.2

# EXHIBIT A

NON-AGENT LENDERS
RULE 7.1 DISCLOSURES

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| Abbey National Treasury Services PLC | Banco Santander Central Hispano, S.A. | Banco Santander Central Hispano, S.A. |
| Addison CDO Ltd. | This information is not known by member. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Alexandra Global Master Fund Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Allstate Investments, LLC | Allstate Non-Insurance Holdings, Inc. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Allstate Life Insurance Company | Allstate Insurance Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Alpha US Sub Fund II, LLC | Safra National Bank | Safra National Bank |
| Ameriprise Certificate Company | Ameriprise Financial , Inc. | Ameriprise Financial , Inc. |
| Archimedes Funding II, Ltd. | Member/Defendant Has No Parent Corporation | ING Group |
| Archimedes Funding III Ltd. | Member/Defendant Has No Parent Corporation | ING Group |
| Archimedes Funding IV (Cayman), Ltd. | Member/Defendant Has No Parent Corporation | ING Group |
| Archimedes Funding IV, Ltd. | Member/Defendant Has No Parent Corporation | ING Group |
| Ares Enhanced Credit Opportunities Fund Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ARES III CLO Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ARES IV CLO Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ARES V CLO Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ARES VI CLO Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Athena CDO Ltd. | This information is not known by member. | Sumitomo Trust & Banking Co., Ltd. |
| Augusta Trading LLC | Pinehurst Trading, Inc. | Bank of America NA |
| Bayerische Landesbank Girozentrale | Member/Defendant Has No Parent Corporation | BayernLB Holding AG |
| Bear Stearns & Co Inc | The Bear Stearns Companies Inc. | The Bear Stearns Companies Inc. |
| Bear Stearns Credit Products Inc. | The Bear Stearns Companies Inc. | The Bear Stearns Companies Inc. |
| Bear Stearns Investment Products Inc. | The Bear Stearns Companies Inc. | The Bear Stearns Companies Inc. |
| Black Diamond CLO 2000-1, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Blue Square Funding Limited Series 3 | Deutsche Bank Trust Company Americas | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Canpartners Investments IV, LLC | Canyon Capital Advisors LLC | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Captiva III Finance Ltd. | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Captiva IV Finance Ltd. | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Carlyle High Yield Partners II, Ltd. | Carlyle Investment Management LLC | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |

NON-AGENT LENDERS
RULE 7.1 DISCLOSURES

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| Carlyle High Yield Partners III, Ltd. | Carlyle Investment Management LLC | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Carlyle High Yield Partners IV, Ltd. | Carlyle Investment Management LLC | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Carlyle High Yield Partners, L.P. | Carlyle Investment Management LLC | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Carlyle Loan Investment Ltd | Carlyle Investment Management LLC | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Castlerigg Master Investments Ltd. | Castlerigg International Holdings Ltd. and Castlerigg Partners, L.P. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Centurion CDO II, Limited | Member/Defendant Has No Parent Corporation | Centurion CDO II, Limited is beneficially owned by a pool of private investors, the identities of whom are generally not known to Centurion CDO II, Limited. |
| Centurion CDO III, Limited | Member/Defendant Has No Parent Corporation | Centurion CDO III, Limited is beneficially owned by a pool of private investors, the identities of whom are generally not known to Centurion CDO III, Limited. |
| Citi GoldenTree Ltd | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Clydesdale CLO 2001 - 1 Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Cohanzick Credit Opportunities Master Fund, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Confluent 2 Limited | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Constantinus Eaton Vance CDO V Ltd. | Member/Defendant Has No Parent Corporation | Eaton Vance Management / Chase Manhattan Bank Luxembourg SA |
| Continental Casualty Company | CNA Financial Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Contrarian Funds, LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Credit Industriel et Commercial | Member/Defendant Has No Parent Corporation | Banque Fédérative du Crédit Mutuel |
| CSAM Funding I | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| CSAM Funding II | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Cypress Point Trading LLC | Pinehurst Trading, Inc. | Bank of America NA |
| D.E. Shaw Laminar Portfolios, L.L.C. | D. E. Shaw Composite Portfolios, L.L.C. | D. E. Shaw Composite Portfolios, L.L.C. |
| DB Structured Products Inc. | Deutsche Bank AG | Deutsche Bank AG |
| Delano Company | This information is not known by member. | This information is not known by member. |
| Dryden High Yield CDO 2001-I | | Prudential InvestmentMangement ("PIM") is the collateral manager/ivnestment advisor to the Member, and an affiliate of PIM may have an ownership interest in the Member. PIM is a wholly-owned subsdidiary of Prudential Financial Inc., which is publicly traded. |

NON-AGENT LENDERS
RULE 7.1 DISCLOSURES

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| Dryden Leveraged Loan CDO 2002-II | | Prudential InvestmentMangement ("PIM") is the collateral manager/ivnestment advisor to the Member, and an affiliate of PIM may have an ownership interest in the Member. PIM is a wholly-owned subsdidiary of Prudential Financial Inc., which is publicly traded. |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Eagle Master Fund, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Eaton Vance CDO II, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Eaton Vance CDO III, Ltd. | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Eaton Vance CDO IV, Ltd. | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Eaton Vance Institutional Senior Loan Fund | Eaton Vance Institutional Funds | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ECO Master Fund Ltd | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ELT Ltd. | Bank of America NA | Bank of America NA |
| Endurance CLO I, Ltd. | Member/Defendant Has No Parent Corporation | ING Group |
| Erste Bank | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| FC CBO IVLimited | | Prudential InvestmentMangement ("PIM") is the collateral manager/ivnestment advisor to the Member, and an affiliate of PIM may have an ownership interest in the Member. PIM is a wholly-owned subsdidiary of Prudential Financial Inc., which is publicly traded. |
| Fernwood Associates LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Fidelity Advisor Floating Rate High Income Fund (161) | Member/Defendant Has No Parent Corporation | The member is held by one or more institutions on behalf of that institution's customers through an omnibus account and the aggregate holdings for that institution's customer may, at any given time, exceed 10% of the outstanding shares. |
| Fidelity Advsior Series II: Fidelity Advisor Strategic Income (638) | Member/Defendant Has No Parent Corporation | The member is held by one or more institutions on behalf of that institution's customers through an omnibus account and the aggregate holdings for that institution's customer may, at any given time, exceed 10% of the outstanding shares. |
| Fidelity Puritan Trust: Fidelity Puritan Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Fidelity School Street Trust: Fidelity Strategic Income | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Fidelity Summer Street Trust - Fidelity High Income Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |

NON-AGENT LENDERS
RULE 7.1 DISCLOSURES

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| Fidelity Summer Street Trust: Fidelity Capital & Income Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| First Dominion Funding I | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| First Dominion Funding II | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| First Dominion Funding III | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| First Trust/Four Corners Senior Floating Rate Income Fund II | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| First Trust/Four Corners Senior Floating Rate Income Fund II | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Firstar Bank | U.S. Bancorp. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Fortis Capital Corp. | Fortis Bank S.A./N.V. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Franklin CLO II, Limited | Franklin Advisors, Inc. | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Franklin CLO III, Limited | Franklin Advisors, Inc. | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Franklin Floating Rate Daily Access Fund | Franklin Advisors, Inc. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Franklin Floating Rate Master Series | Franklin Advisors, Inc. | Franklin Floating Rate Fund PLC |
| Franklin Floating Rate Trust | Franklin Advisors, Inc. | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Gleneagles Trading LLC | Bank of America NA | Bank of America NA |
| GoldenTree 2004 Trust | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| GoldenTree Credit Opportunities Financing I, Ltd. | Goldentree Credit Opportunities Master Fund, Ltd | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| GoldenTree Credit Opportunities Financing II, Ltd. | Goldentree Credit Opportunities II, Ltd. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| GoldenTree Loan Opportunities I, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| GoldenTree Loan Opportunities II, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| GoldenTree Master Fund II, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| GoldenTree Master Fund, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| GoldenTree Multistrategy Financing, Ltd. | GoldentTree Multistrategy Ltd. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| GPC LVIII, LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |

NON-AGENT LENDERS
RULE 7.1 DISCLOSURES

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| Grand Central Asset Trust SOLA | Grand Central Asset Trust | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Great American Insurance Company | American Financial Group, Inc. | American Financial Group, Inc. |
| Great American Life Insurance Company | American Financial Group, Inc. | American Financial Group, Inc. |
| Greenwich International, Ltd | Greenwich Capital Holdings, Inc. | Royal Bank of Scotland Group PLC |
| Greywolf Loan Participation LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Hampton Funding LLC | Pinehurst Trading, Inc. | Bank of America NA |
| Harbour Town Funding Trust | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Harbour Town Funding, LLC | Bank of America NA | Bank of America NA |
| Hartford Floating Rate Fund | The Hartford Mutual Funds, Inc. | It is unknown if any public corporation currently owns 10% or more of Member/Defendant's stock. |
| Illinois Municipal Retirement Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ING International (II) Senior Bank Loans Euro | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ING International (II) Senior Bank Loans USD | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ING Prime Rate Trust | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ING Senior Income Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Jackson National Life Insurance Company | Brooke Life Insurance Company | Prudential plc |
| Jissekikun Funding, Ltd. | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Jupiter Loan Funding LLC | Bank of America NA | Bank of America NA |
| Kaldi Funding LLC | Pinehurst Trading, Inc. | Bank of America NA |
| Katonah I, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Kennett Capital | Kennett Capital Holdings, LLC | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Latigo Master Fund, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Lehman Brothers Holdings Inc. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| LL Peachtree Funding LLC | Long Lane Master Trust IV | Bank of America NA |
| Long Lane Master Trust II | Long Lane Master Trust IV | Bank of America NA |
| Long Lane Master Trust IV | Multiple Holders | Bank of America NA |
| Longacre Master Fund, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Macquarie/First Trust Global Infrastructure Utilities Dividend & Income Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Manufacturers and Traders Trust company, successor in interest to Allfirst Bank and First National Bank of Maryland | M&T Bank Corporation | M&T Bank Corporation |

NON-AGENT LENDERS
RULE 7.1 DISCLOSURES

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| McDonnell Loan Opportunity Ltd | McDonnell Loan Opportunity Master Fund | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| MetLife Insurance Company of Connecticult (fka The Travelers Insurance Company) | Metlife, Inc. | Metlife, Inc. |
| ML CLO XV Pilgrim America (Cayman) Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| ML CLO XX Pilgrim America (Cayman) Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Monument Capital, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Morgan Stanley & Co. Inc. | Morgan Stanley | State Street Bank & Trust Company |
| Morgan Stanley Emerging Markets Inc. | Morgan Stanley | Morgan Stanley |
| Muirfield Trading, LLC | Bank of America NA | Bank of America NA |
| National City Bank (f/k/a National City Bank of Pennsylvania) | National City Corporation | National City Corporation |
| National Westminster Bank PLC | The Royal Bank of Scotland PLC | Royal Bank of Scotland Group PLC |
| Natixis (fka Natexis Banques Populaires) | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Nemean CLO LTD. | Member/Defendant Has No Parent Corporation | ING Group |
| New Alliance Global CDO, Limited | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| New York Life Insurance and Annuity Corporation | New York Life Insurance Company | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| New York Life Insurance Company | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Nomura Bond & Loan Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Northwoods Capital II, Limited | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Northwoods Capital III, Limited | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Northwoods Capital Limited | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Nuveen Floating Rate Income Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Nuveen Floating Rate Income Opportunity Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Nuveen Senior Income Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Oak Hill CLO Management I, LLC | Oak Hill Advisors MGP, Inc. | iStar Financial |
| Oak Hill Credit Alpha Fund (Offshore), Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| Oak Hill Credit Partners I, Limited | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Oak Mountain Limited | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Olympic Funding Trust, Series 1999-1 | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |
| Oryx CLO, Ltd. | Member/Defendant Has No Parent Corporation | ING Group |
| Oxford Strategic Income Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Payden High Income Fund (f/k/a High Income Fund) | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Payden Opportunity Bond Fund (f/k/a The Total Return Fund) | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Perry Principals, LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Pilgrim America High Income Investments Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Pilgrim CLO 1999-I Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| PIMCO Corporate Income Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Pinehurst Trading, Inc. | Bank of America NA | Bank of America NA |
| Post Distressed Offshore Fund, Ltd. f/k/a MW Post Opportunity Offshore Fund, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| PPM Shadow Creek Funding LLC | Bank of America NA | Bank of America NA |
| PPM Spyglass Funding Trust | Lexington Parker Capital Co., LLC | Bank of America NA |
| President & Fellows of Harvard College | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| President & Fellows of Harvard College (Ref Harvard Special Situations Account) | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Principal Life Insurance Company | Principal Financial Services, Inc. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| QDRF Master, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Quadrangle Master Funding, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Raintree Trading LLC | Pinehurst Trading, Inc. | Bank of America NA |
| Raven Credit Opportunities Master Fund, Ltd | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Redwood Master Fund, Ltd | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Reliance Standard Life Insurance Company | Delphi Financial Group, Inc. | Delphi Financial Group, Inc. |
| Riversource Life Insurance Company (f/k/a IDS Life Insurance Company) | Ameriprise Financial, Inc. | Ameriprise Financial, Inc. |

NON-AGENT LENDERS
RULE 7.1 DISCLOSURES

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| Riviera Funding LLC | Bank of America NA | Bank of America NA |
| Rosemont CLO, Ltd | Principal Financial Services, Inc. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Royal Bank of Canada | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Royalton Company | This information is not known by member. | This information is not known by member. |
| Safety National Casualty Corp. | Delphi Financial Group, Inc. | Delphi Financial Group, Inc. |
| Satellite Senior Income Fund II, LLC | Satellite Credit Opportunities Fund, Ltd | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Satellite Senior Income Fund LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Sawgrass Trading LLC | Bank of America NA | Bank of America NA |
| Security Income Fund-Income Opportunity Series | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Seminole Funding LLC | Bank of America NA | Bank of America NA |
| Sequils - Pilgrim I, Ltd. | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Sequils Centurion V Ltd. | . | Sequils-Centurion V, Ltd. is beneficially owned by a pool of private investors, the identities of whom are generally not known to Sequils-Centurion V, Ltd. |
| SEQUILS-ING (HBDGM) LTD. | Member/Defendant Has No Parent Corporation | ING Group |
| Silver Oak Capital, LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Skandinaviska Enskilda Banken AB (publ) | Member/Defendant Has No Parent Corporation | Investor (AB) (listed on Stockholm Stock Exchange) |
| SOL Loan Funding LLC | Citibank N.A. New York | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| SPCP Group LLC | Silver Point Capital Fund, L.P. Silver Point Offshore Fund, Ltd. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| SRF 2000, Inc. | Bank of America NA | Bank of America NA |
| SRF Trading, Inc. | Bank of America NA | Bank of America NA |
| SRV-Highland, Inc. | Bank of America NA | Bank of America NA |
| Stanwich Loan Funding LLC | Bank of America NA | Bank of America NA |
| Sumitomo Mitsui Banking Corporation | Sumitomo Mitsui Financial Group, Inc. | Sumitomo Mitsui Financial Group, Inc. |
| Sun Life Assurance Company of Canada (U.S.), Successor by merger to Keyport Life Insurance Company | Sun Life of Canada (U.S.) Holdings, Inc. | Sun Life Financial Inc. |
| T. Rowe Price High Yield Fund | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| T. Rowe Price Institutional High Yield Fund | T. Rowe Price Institutional Income Funds, Inc. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Thales Holdings Ltd | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| The Post Opportunity Fund, LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| The Prudential Insurance Company of America | Prudential Holdings LLC | Prudential Financial, Inc. |

NON-AGENT LENDERS
RULE 7.1 DISCLOSURES

| Member/Defendant | Parent Corporation of Member/Defendant | Name (if any) of Publicly Held Corporation That owns 10% or More of Member/Defendant's Stock |
|---|---|---|
| The Post Opportunity Fund, LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| The Prudential Insurance Company of America | Prudential Holdings LLC | Prudential Financial, Inc. |
| The Sumitomo Trust & Banking Co., N.Y. Branch | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Third Avenue Trust on behalf of the Third Avenue Value Fund Series | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Thracia LLC | P. Schoenfeld Asset Management LLC | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Transamerica Life Insurance Company | Transamerica Occidental Life Insurance Company | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Trilogy Portfolio Company LLC | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| TRS Elara LLC | Duetsche Bank Trust Company Americas | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| TRS IO LLC | Deutsche Bank AG New York Branch | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| TRS Plainfield LLC | Deutsche Bank AG Cayman Islands Branch | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| TRS Thebe LLC | Deutsche Bank Trust Company Americas | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Tuscany CDO Limited | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Tyler Trading, Inc. | Vernon Park LLC | Bank of America NA |
| U.S. Bank National Association | U.S. Bancorp. | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| United of Omaha Life Insurance Co. | Mutual Omaha Insurance Company | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Variable Insurance Products Fund: VIP High Income Portfolio | Member/Defendant Has No Parent Corporation | The member is held by one or more institutions on behalf of that institution's customers through an omnibus account and the aggregate holdings for that institution's customer may, at any given time, exceed 10% of the outstanding shares. |
| Waterville Funding LLC | Pinehurst Trading, Inc. | Bank of America NA |
| Whippoorwill Offshore Distressed Opportunity Fund, Ltd | Member/Defendant Has No Parent Corporation | Member/Defendant states that no publicly held corporations own 10% or more of Member/Defendant's stock. |
| Winged Foot Fund Trust | Entity does not currently have a parent corporation | No public corporation currently owns 10% or more of Member/Defendant's stock. |