UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          ::
ADELPHIA RECOVERY TRUST,                                  ::
                                                          ::
                            Plaintiff,                    ::
                                                          ::     No. 05 Civ. 9050 (LMM)
              -against-                                   ::
                                                          ::
BANK OF AMERICA, N.A., et al.,                            ::
                                                          ::
                            Defendants.                   ::
                                                          ::
----------------------------------------------------------x

### NOTICE OF JOINT MOTION OF VARIOUS LENDERS TO DISMISS THE AVOIDANCE AND SUBORDINATION CLAIMS

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the Declaration of Philip D. Anker, and all prior proceedings herein, defendants ABN AMRO Bank, N.V., The Bank of New York, The Bank of New York Mellon Corporation (f/k/a The Bank of New York Company, Inc.), Barclays Bank PLC, Credit Suisse, New York Branch, Credit Suisse Capital Funding, Inc., Deutsche Bank AG, The Fuji Bank Limited, Morgan Stanley Senior Funding, Inc., PNC Bank, NA, The Royal Bank of Scotland plc, SunTrust Banks, Inc. and SunTrust Bank (collectively, the "Lenders"), by their undersigned attorneys, will move the Court before Judge Lawrence M. McKenna, 500 Pearl Street, Room 1640, New York, New York, 10007, at a date and time to be determined by this Court, for an Order, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing counts 1 to 16, 33, 41 to 44 and 49 to 52 of the amended complaint, filed on October 31, 2007, by the Adelphia Recovery Trust, and granting such other and further relief as this Court may deem just and proper.

The Lenders respectfully request oral argument.

Dated: New York, New York
December 21, 2007

                    Respectfully submitted,

                    WHITE & CASE LLP


                    By: /s/Heather K. McDevitt
                        Sandeep Qusba (SQ-8834)
                        Heather K. McDevitt (HM-9973)

                    1155 Avenue of the Americas
                    New York, New York 10036-2787
                    Tel:    212-819-8200
                    Fax:   212-354-8113

                    Counsel to ABN AMRO Bank, N.V.


                    CLIFFORD CHANCE US LLP

                    By:_____/s/_____
                        Mark A. Kirsch (MK-7806)
                        Christopher M. Joralemon (CJ-1403)

                    31 West 52nd Street
                    New York, New York 10019
                    (212) 878-8000

                    Counsel for The Bank of New York and The Bank of New York Mellon Corporation (f/k/a The Bank of New York Company, Inc.)

                    Counsel for Morgan Stanley Senior Funding, Inc.


                    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

                    By:_____/s/_____
                        Richard S. Miller (RM-2428)
                        Michael R. Gordon (MG-7838)
                        Robert Honeywell (RH-7684)

599 Lexington Avenue
New York, NY 10022
Telephone: (212) 536-3900
Facsimile: (212) 536-3901

Attorneys for Barclays Bank PLC


WILMER CUTLER PICKERING HALE
 AND DORR LLP

By: _____/s/_____
     Philip D. Anker (PA-7833)
     John A. Valentine (JV-1064)

399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Counsel to Credit Suisse, New York Branch,
 Credit Suisse Capital Funding, Inc., and
 The Royal Bank of Scotland plc


McKEE NELSON LLP

By: _____/s/_____
     Steven G. Brody (SB-6859
     Jennifer Hurley McGay (JHM-7487)
     Matthew Minerva (MM-8840)

One Battery Park Plaza
New York, New York 10004
Telephone: (917) 777-4200
Facsimile: (917) 777-4299

Attorneys for Deutsche Bank AG


STROOCK & STROOCK & LAVAN LLP

By: _____/s/_____
     Kenneth Pasquale

3

180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-540

Attorneys for The Fuji Bank Limited


WILLIAMS & CONNOLLY, LLP

By: _____/s/_____
    F. Whitten Peters (pro hac vice pending)
    Lance A. Wade (pro hac vice pending)

725 – 12th Street, NW
Washington, D.C. 20005
(202) 434-5000
(202) 434-5029 (fax)

BLANK ROME LLP

By: _____/s/_____
    Raymond L. Shapiro (RS-1120)
    James V. Masella, III (JM-5121)
    Andrew B. Eckstein (AE-6142)

405 Lexington Avenue
New York, NY 10174
(212) 885-5000
(212) 885-5002 (fax)

Attorneys for PNC Bank, NA


STITES & HARBISON PLLC

By: _____/s/_____
    Robert W. Griffith (RG 3095)
    Garry K. Grooms (GG 1019)
    Bethany A. Breetz (BB 5182)
    Samuel L. Zeigler (SZ 6154)

SunTrust Plaza
401 Commerce Street, Suite 800
Nashville, TN 37219

Direct Dial: (615) 782-2213
Direct Fax (615) 742-4131

Attorneys for SunTrust Banks, Inc. and SunTrust Bank