**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ADELPHIA RECOVERY TRUST,

Plaintiff,

v.

BANK OF AMERICA, *et al.*,

Defendants.

---

Case No.: 05 Civ. 9050 (LMM)

**JOINDER OF THE CS ASSIGNEES IN REPLIES IN SUPPORT OF MOTIONS
TO DISMISS THE PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Credit Suisse International; Credit Suisse Loan Funding LLC; Credit Suisse, Cayman Branch; and Candlewood Capital Partners LLC ("the CS Assignees")[1/], by and through their attorneys, Wilmer Cutler Pickering Hale and Dorr LLP, hereby join in The CCH, Olympus, and UCA/HHC Non-Agent Lenders' Joint Reply in Support of Their Motions to Dismiss Plaintiffs' Second Amended Complaint dated March 31, 2008, and incorporate by reference the grounds for dismissal set forth therein.

In addition, the CS Assignees hereby join in and incorporate by reference the grounds for dismissal set forth in the Reply Brief in Support of Joint Motion of Various Lenders to Dismiss the Avoidance and Subordination Claims dated March 31, 2008, and incorporate by reference the grounds for dismissal set forth therein.

---

[1/]     These entities were named in the Amended Complaint and the Second Amended Complaint based on their alleged receipt of assignments of debt from other financial institutions with respect to one or more of the UCA/HHC, CCH, and Olympus credit facilities.

Dated: New York, New York
     March 31, 2008

WILMER CUTLER PICKERING HALE
  AND DORR LLP

By:    /s/ Philip D. Anker_____
       Philip D. Anker

399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Attorneys for Credit Suisse International; Credit Suisse Loan Funding LLC; Credit Suisse, Cayman Branch; and Candlewood Capital Partners LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin Andrew Chambers, hereby certify that on March 31, 2008, I caused a true and correct copy of the Joinder of the CS Assignees in The CCH, Olympus, and UCA Non-Agent Lenders' Joint Reply in Support of Their Motions to Dismiss Plaintiffs' Amended Complaint to be served upon all persons on the attached list by electronic mail.

Dated: March 31, 2008

/s/  Kevin Andrew Chambers
Kevin Andrew Chambers
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
tel. (202) 663-6992
fax (202) 663-6363

# ELECTRONIC MAIL SERVICE LIST

| Counsel | Email |
|---|---|
| Blank Rome LLP | aeckstein@blankrome.com<br>jmasella@blankrome.com<br>shapiro@blankrome.com |
| Cleary Gottlieb Steen & Hamilton LLP | athidemann@cgsh.com<br>dbuell@cgsh.com<br>jakim@cgsh.com<br>joonkim@cgsh.com<br>kroberts@ cgsh.com<br>lbarefoot@cgsh.com<br>lgranfield@cgsh.com<br>lschweitzer@cgsh.com<br>mlowenthal@cgsh.com<br>nruskin@cgsh.com |
| Clifford Chance LLP | angelique.shingler@cliffordchance.com<br>andrew.brozman@cliffordchance.com<br>christopher.joralemon@cliffordchance.com<br>david.sullivan@cliffordchance.com<br>james.moyle@cliffordchance.com<br>jennifer.demarco@cliffordchance.com<br>kara.morrow@cliffordchance.com<br>wendy.rosenthal@cliffordchance.com |
| United States Department of Justice | matthew.schwartz@usdoj.com |
| Duane Morris LLP | horstmann@duanemorris.com<br>jmparks@ duanemorris.com<br>ljkotler@duanemorris.com |
| Gibson Dunn & Crutcher LLP | acoyle@gibsondunn.com<br>awollin@gibsondunn.com<br>jlanders@gibsondunn.com<br>mking@gibsondunn.com |
| Hahn & Hessen LLP | jamato@hahnhessen.com |
| Haynes & Boone LLP | debbie.mccomas@haynesboone.com<br>judith.elkin@haynesboone.com<br>rick.anigian@haynesboone.com<br>thomas.kurth@haynesboone.com |
| Jenner & Block LLP | dconnell@jenner.com<br>rblazejowski@jenner.com<br>vlazar@jenner.com<br>rziegler@jenner.co<br>aweissmann@jenner.com |
| Kasowitz Benson Torres & Friedman LLP | dfriedman@kasowitz.com<br>draz@kasowitz.com<br>dshapiro@kasowitz.com<br>hschub@kasowitz.com<br>jmisker@kasowitz.com<br>mharwood@kasowitz.com |
| Kaye Scholer LLP | mschonholtz@kayescholer.com<br>stalmatge@kayescholer.com<br>tfleming@kayescholer.com |
| Kirkland & Ellis LLP | esassower@ kirkland.com<br>bspiegel@ kirkland.com |

| | |
|---|---|
| | mingalls@kirkland.com<br>mgottfried@kirkland.com<br>lthomas@kirkland.com<br>rwynne@kirkland.com |
| Kirkland Lockhart Preston Gates Ellis LLP | joanna.diakos@klgates.com<br>michael.gordon@klgates.com<br>richard.miller@klgates.com<br>robert.honeywell@klgates.com |
| Levy Lubarsky & Feigenbaum LLP | hlevi@llf-law.com<br>wswearingen@llf-law.com |
| Luskin Stern & Eisler LLP | cgartman@lse-law.com<br>mluskin@lse-law.com<br>thoffman@lse-law.com |
| Manion McDonough & Lucas PC | jmcdonough@mmlpc.com<br>ldepaul@mmlpc.com |
| Mayer Brown LLP | jatamian@mayerbrown.com<br>jstoll@mayerbrown.com<br>knoble@mayerbrown.com<br>mannunziata@mayerbrown.com<br>mmanha@mayerbrown.com<br>rfinke@mayerbrown.com<br>rlafont@mayerbrown.com<br>ssandell@mayerbrown.com |
| McGuire Woods LLP | amccollough@mcGuirewoods.com<br>amccray@mcquirewoods.com<br>dhayes@mcquirewoods.com<br>jsheerin@mcquirewoods.com<br>phayden@mcquirewoods.com |
| McKee Nelson LLP | jhurleymcgay@mckeenelson.com<br>mminerva@mckeenelson.com<br>rspitaleri@ mckeenelson.com<br>sbrody@mckeenelson.com |
| Milbank Tweed Hadley & McCloy LLP | apellegrino@milbank.com<br>ddunne@milbank.com<br>dgelfand@milbank.com<br>ldespins@milbank.com<br>lmandel@milbank.com<br>mcomerford@milbank.com<br>myanez@milbank.com<br>pnewman@milbank.com<br>rsekino@milbank.com<br>rhora@milbank.com<br>rpenski@milbank.com<br>rsekino@milbank.com<br>rwinter@milbank.com<br>sedelman@milbank.com<br>srappaport@milbank.com<br>tarena@milbank.com<br>trangwala@milbank.com |
| Morgenstern Jacobs & Blue LLC | efisher@mjbllc.com<br>gblue@mjbllc.com<br>mjacobs@ mjbllc.com<br>pmorgenstern@ mjbllc.com |
| Morrison & Foerster LLP | jbergin@mofo.com |
| Pachulski Stang Ziehl Young Jones & Weintraub | dziehl@pszyjw.com |

| | |
|---|---|
| Ropes & Gray LLP | delkind@ropesgray.com |
| Rosen Slome Marder LLP | amarder@rsmllp.com |
| Simpson Thatcher & Bartlett LLP | egraff@stblaw.com<br>elitwin@stblaw.com<br>pgluckow@stblaw.com<br>ppantaleo@stblaw.com<br>wrussell@stblaw.com |
| Sonnenschein Nath & Roselthal LLP | cneville@sonnenschein.com<br>mcarney@sonnenschein.com |
| Stites & Haribson PLLC | cszyfer@stites.com<br>garry.grooms@stites.com<br>rwgriffith@stites.com<br>sam.zeigler@stites.com |
| Stroock & Stroock & Lavan LLP | icutler@stroock.com<br>kpasquale@stroock.com<br>mbrosterman@stroock.com |
| Swartz Campbell LLC | jwetzel@swartzcampbell.com |
| White & Case LLP | gkurtz@whitecase.com<br>hmcdevitt@whitecase.com<br>jnicenko@whitecase.com<br>kasner@whitecase.com<br>scampbell@whitecase.com<br>squsba@whitecase.com |
| Williams & Connolly LLP | lwade@wc.com<br>wpeters@wc.com |
| Willkie Farr & Galagher LLP | connor@willkie.com<br>mabrams@willkie.com<br>schapman@willkie.com<br>tmclaughlin@willkie.com |
| Wilmer Cutler Pickering Hale & Dorr LLP | andy.weissman@wilmerhale.com<br>daniel.gardner@wilmerhale.com<br>joel.miller@wilmerhale.com<br>john.valentine@wilmerhale.com<br>kevin.chambers@wilmerhale.com<br>philip.anker@wilmerhale.com<br>thaya.brook@wilmerhale.com<br>theresa.titolo@wilmerhale.com |
| Winston & Strawn LLP | alury@winston.com<br>sschwartz@winston.com |