David Elkind (DE-4054)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone:  212-596-9000
Facsimile:  212-596-9500

  and

Steven T. Hoort (SH-9486)
Heather J. Zelevinsky (HZ-2131)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts  02110-2624
Telephone:  617-951-7000
Facsimile:  617-951-7050

*Attorneys for The Putnam Funds*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                    :
ADELPHIA RECOVERY TRUST,       :
                    :
          Plaintiff,    :
                    :
     - against -           :   05 Civ. 9050 (LMM)
                    :
BANK OF AMERICA, N.A., *et al.*,       :
                    :
          Defendants.  :
--------------------------------------------------------------------- x

**Joinder of The Putnam Funds in The CCH, Olympus and UCA/HHC Non-Agent Lenders' Joint Reply to Plaintiffs' Second Opposition in Support of Their Motions to Dismiss Plaintiffs' Second Amended Complaint**

Defendants Putnam Diversified Income Trust, Putnam High Yield Advantage Fund, Putnam High Yield Trust, Putnam Master Income Trust, Putnam Master Intermediate Income Trust, Putnam Premier Income Trust, Putnam Variable Trust -- PVT Diversified Income Fund, Putnam Variable Trust -- PVT High Yield Fund, Putnam Floating Rate Income Fund, Putnam Funds Trust - Putnam High Yield Trust II, Putnam High Yield Fixed Income Fund, Putnam High Yield Managed Trust, Putnam Managed High Yield Trust, Putnam Strategic Income Fund, and

11040486_4.DOC

Travelers Series Fund, Inc.-Putnam (collectively, "The Putnam Funds") by and through their attorneys, Ropes & Gray LLP, hereby join in The CCH, Olympus and UCA/HHC Non-Agent Lenders' Joint Reply to Plaintiffs' Second Opposition in Support of Their Motions to Dismiss Plaintiffs' Second Amended Complaint, dated April 21, 2008 and incorporate by reference the grounds for dismissal set forth therein to the extent applicable to the Putnam Funds.

Dated: April 28, 2008

                          Respectfully submitted,
                          ROPES & GRAY LLP

                          By: /s/ David Elkind_____
                          David Elkind (DE-4054)
                          1211 Avenue of the Americas
                          New York, New York 10036-8704
                          Telephone: 212-596-9000
                          Facsimile: 212-596-9500

                          and

                          Steven T. Hoort (SH-9486)
                          Heather J. Zelevinsky (HZ-2131)
                          One International Place
                          Boston, Massachusetts  02110-2624
                          Telephone:  (617) 951-7000
                          Facsimile: (617) 951-7050

                          *Attorneys for The Putnam Funds*

## CERTIFICATE OF SERVICE

I, Julie Lee, hereby certify that on April 28, 2008, I caused a true and correct copy of the Joinder of The Putnam Funds in The CCH, Olympus and UCA/HHC Non-Agent Lenders' Joint Reply to Plaintiffs' Second Opposition in Support of Their Motions to Dismiss Plaintiffs' Second Amended Complaint to be served upon all parties receiving electronic notice in this case.

Dated: April 28, 2008

/s/ Julie Lee_____
Julie Lee
Ropes & Gray LLP
One International Place
Boston, Massachusetts  02110-2624
Telephone:  (617) 951-7000
Facsimile: (617) 951-7050

11040486_4.DOC