UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELPHIA RECOVERY TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BANK OF AMERICA, N.A., et al., ) <br> ) <br> Defendants. ) <br> ) | Adversary Proceeding <br><br> No. 05 Civ. 9050 (LMM) |

## NOTICE OF MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND PRECLUDE THE ASSERTION OF PRIVILEGE PURSUANT TO RULE 37

PLEASE TAKE NOTICE that upon the Declaration of Nancy I. Ruskin, dated June 30, 2008 ("Ruskin Decl."), and the accompanying Memorandum of Law, the Bank Defendants[1] will move this Court, at a date and time to be determined by this Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Rule 37.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order compelling the production of documents and precluding the assertion of privilege by plaintiff, and for such other relief as this Court deems just and proper; and

---

[1] The Bank Defendants are defined in the Ruskin Declaration.

NOTICE IS FURTHER GIVEN that responses to the motion, if any, shall be served by hand on or before July 14, 2008 on counsel for the Bank Defendants, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Mitchell A. Lowenthal, Esq.

Dated: New York, New York
June 30, 2008

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Mitchell A. Lowenthal
    Deborah M. Buell
    Lindsee P. Granfield
    Members of the Firm

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Attorneys for ABN AMRO Inc., Banc of America Securities LLC, BNY Capital Corp., BNY Mellon Capital Markets, LLC (f/k/a BNY Capital Markets, Inc.), Barclays Capital Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc. (f/k/a Citigroup Global Markets Holdings Inc.), CIBC World Markets Corp., Deutsche Bank Securities, Inc., Fleet Securities, Inc., Morgan Stanley & Co. Incorporated, PNC Capital Markets LLC, Scotia Capital (USA) Inc., SunTrust Capital Markets, Inc., and TD Securities (USA) LLC

SIMPSON THACHER & BARTLETT LLP

By: /s/ William T. Russell (RM)
Peter V. Pantaleo
William T. Russell, Jr.
Elisha D. Graff
425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

Attorneys for Wachovia Bank, National Association
and Wachovia Capital Markets, LLC (f/k/a
Wachovia Securities, Inc.)

HAYNES AND BOONE, LLP

By: /s/ Debra J. McComas (RM)
Thomas E. Kurth
Richard D. Anigian
Debra J. McComas
901 Main Street, Suite 3100
Dallas, Texas 75202
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

Attorneys for Bank of America N.A.

MAYER BROWN LLP

By: /s/ Robert F. Finke (RM)
Robert F. Finke
Jean-Marie L. Atamian
1675 Broadway, Suite 1900
New York, New York 10019
Tel: (212) 506-2500

Attorneys for Bank of Montreal and BMO
Capital Markets Corp. (f/k/a BMO Nesbitt Burns
Corp.)

3

TO: David M. Friedman, Esq.
Michael C. Hardwood, Esq
Howard W. Schub, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

Deirdre E. Connell, Esq.
Vincent E. Lazar, Esq.
Robert J. Blazejowski, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, Illinois 60611-7603

Attorneys for Plaintiff