OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ADELPHIA RECOVERY TRUST,            :    No.: 05-Civ-9050 (LMM)
                                    :
                       Plaintiff,   :
                                    :    **NOTICE OF APPEAL**
       -against-                    :
                                    :
BANK OF AMERICA, N.A., et al.,      :
                                    :
                       Defendants.  :
----------------------------------------x



Notice is hereby given that Plaintiff in the above captioned case appeals to the United States Court of Appeals for the Second Circuit from the Judgment dismissing Counts 1-16, 33-35, and 41-52 of the Second Amended Complaint, as set forth in the Order Granting The Non-Agent Lenders' Motion For Entry Of Final Judgments Pursuant To Federal Rule Of Civil Procedure 54(b) entered by the Southern District of New York in this action on the 8th day of December, 2008, and from the Memorandum and Order entered by the Southern District of New York in this action on the 17th day of June, 2008, and the Decision and Order on Motion to Dismiss entered by the Bankruptcy Court of The Southern District of New York in this action on June 11, 2007.

Dated: New York, New York
       January 5, 2009

                                    KASOWITZ, BENSON, TORRES
                                      & FRIEDMAN LLP

                                    By: _____
                                        David M. Friedman
                                        (dfriedman@kasowitz.com)
                                        Michael C. Harwood
                                        (mharwood@kasowitz.com)
                                        Howard W. Schub
                                        (hschub@kasowitz.com)
                                        1633 Broadway
                                        New York, New York 10019
                                        Tel: (212) 506-1700

Fax: (212) 506-1800

Counsel for Adelphia Recovery Trust as to all claims except for claims against defendants CIBC, Inc.; CIBC World Markets Corp.; Rabobank Nederland, New York; Société Générale; Amaranth Fund, L.P.; Avenue Special Situations Fund II, LP; Bear, Stearns & Co., Inc.; Bear Stearns Credit Products; Bear Stearns Investment Products; Cedarview Opportunities Master Fund; Contrarian Funds, LLC; Gabriel Capital LP; Hartford Floating Rate Fund; Key Bank of New York; Latigo Master Fund, Ltd.; Longacre Capital Partners; Longacre Master Fund, Ltd.; MetLife Insurance Co. of Connecticut; New York Life Insurance Co.; New York Life Insurance and Annuity Corporation; Nomura Bond & Loan Fund; Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A.; Royal Bank of Canada; SPCP Group; Satellite Senior Income Fund, LLC; Satellite Senior Income Fund II, LLC; Cowen and Company, LLC

JENNER & BLOCK LLP

By: /s/ Deirdre E. Connell
    Deirdre E. Connell
    (dconnell@jenner.com)
    Vincent E. Lazar
    (vlazar@jenner.com)
    Robert J. Blazejowski
    (rblazejowski@jenner.com)
    330 N. Wabash Avenue
    Chicago, Illinois 60611-7603
    Tel: (312) 923-2661
    Fax: (312) 527-0484

    Richard F. Ziegler
    (rziegler@jenner.com)
    Andrew Weissmann
    (aweissmann@jenner.com)
    919 Third Avenue
    New York, New York 10022

Tel: (212) 891-1600

Counsel for Adelphia Recovery Trust as to all claims except for claims against defendants Deutsche Bank AG and affiliated defendants; HSBC Bank USA; Nuveen Floating Rate Income Fund; Nuveen Senior Income Fund; Nuveen Floating Rate Income Opportunity Fund; and National City Bank of Pennsylvania