UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ADELPHIA RECOVERY TRUST,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs,　　　　　　)　No. 05 Civ. 9050 (LMM)
　　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
BANK OF AMERICA, N.A., *et al.*,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
---------------------------------------------------------------x

## NOTICE OF MOTION FOR RECONSIDERATION

PLEASE TAKE NOTICE that, upon the annexed declaration of William T. Russell, Jr., sworn to on May 5, 2009, the exhibit provided therewith, and the accompanying memorandum of law, the undersigned Bank Defendants hereby move that this Court reconsider this Court's April 21, 2009 Memorandum and Order, overruling Bank Defendants' objection to an order of February 11, 2009 of Magistrate Judge Ellis, which denied Bank Defendants' motion to compel the Adelphia Recovery Trust ("Plaintiffs") to produce all testifying expert materials from the related action styled *Adelphia Commc'ns Corp. v. Deloitte & Touche, LLP*, No. 000598 (Pa. Ct. Comm. Pl., Phil. Co. November Term 2002) (the "Deloitte Action") that had been actually produced to a party opponent in the Deloitte Action but which Plaintiffs were refusing to provide to the Bank Defendants.

The hearing on the motion will be at a time to be determined by the Court before the Honorable Lawrence M. McKenna at Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
      May 5, 2009

| | |
|---|---|
| **HAYNES AND BOONE, LLP** | **SIMPSON THACHER & BARTLETT LLP** |
| By: */s/ Thomas E. Kurth* <br> Thomas E. Kurth <br> (*thomas.kurth@haynesboone.com*) <br> Richard D. Anigian <br> (*rick.anigian@haynesboone.com*) <br><br> 2323 Victory Avenue, Suite 700 <br> Dallas, TX 75219 <br> (214) 651-5000 <br><br> **Attorneys for Bank of America, N.A.** | By: */s/ William T. Russell, Jr.* <br> William T. Russell, Jr. (*wrussell@stblaw.com*) <br> Paul C. Gluckow (*pgluckow@stblaw.com*) <br> Jeffrey Coviello (*jcoviello@stblaw.com*) <br><br> 425 Lexington Avenue <br> New York, New York 10017-3954 <br> Telephone: (212) 455-2000 <br> Facsimile: (212) 455-2502 <br><br> **Attorneys for Wachovia Bank, National Association and Wachovia Capital Markets, LLC (f/k/a Wachovia Securities, Inc.)** |
| **MAYER BROWN LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| By: */s/ Jean-Marie L. Atamian* <br> Jean-Marie L. Atamian <br> (*jatamian@mayerbrown.com*) <br> John Conlon <br> (*jconlon@mayerbrown.com*) <br><br> 1675 Broadway <br> New York, New York 10019 <br> (212) 506-2500 <br><br> **Attorneys for Bank of Montreal, BMO Capital Markets Corp. (f/k/a Harris Nesbitt Corp.)** | By: */s/ Deborah M. Buell* <br> Mitchell A. Lowenthal (*mlowenthal@cgsh.com*) <br> Deborah M. Buell (*dbuell@cgsh.com*) <br> Lindsee P. Granfield (*lgranfield@cgsh.com*) <br> Members of the Firm <br><br> One Liberty Plaza <br> New York, New York 10006 <br> Telephone: (212) 225-2000 <br> Facsimile: (212) 225-3999 <br><br> **Attorneys for ABN AMRO Inc., Banc of America Securities LLC, Bank of New York Capital Markets, Inc., Barclays Capital Inc., Citigroup Global Markets Holdings Inc., CIBC World Markets Corp., Deutsche Bank Securities, Inc., Fleet Securities Inc., Morgan Stanley & Co. Incorporated, PNC Capital Markets LLC, Scotia Capital (USA), Inc., SunTrust Capital Markets, Inc., and TD Securities (USA) LLC** |

| | |
|---|---|
| **MILBANK, TWEED, HADLEY & McCLOY LLP**<br><br>By: */s/ James G. Cavoli*<br>Scott A. Edelman (*SEdelman@milbank.com*)<br>James G. Cavoli (*JCavoli@milbank.com*)<br>L. Anthony Pellegrino (*APellegrino@milbank.com*)<br><br>One Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br><br>**Attorneys for Citibank, N.A., Citicorp USA, Inc., and Citigroup Financial Products, Inc.** | **WILLIAMS & CONNOLLY, LLP**<br><br>By: */s/ F. Whitten Peters*<br>F. Whitten Peters (*wpeters@wc.com*)<br>J. Andrew Keyes (*akeyes@wc.com*)<br>Thomas M. Craig (*tcraig@wc.com*)<br><br>725 12th Street, NW<br>Washington, D.C. 20005<br>(202) 434-5000<br>(202) 434-5029 (fax)<br><br>**Attorneys for PNC Bank, NA** |
| **MILBANK, TWEED, HADLEY & McCLOY LLP**<br><br>By: */s/ Thomas A. Arena*<br>Thomas A. Arena (TA 4613)<br>Tawfiq S. Rangwala (TR 1621)<br><br>1 Chase Manhattan Plaza<br>New York, New York 10005-1413<br>(212) 530-5000<br>(*tarena@milbank.com*)<br><br>**Attorneys for JPMorgan Chase Bank, N.A.** | **WILMER CUTLER PICKERING HALE AND DORR LLP**<br><br>By: */s/ Philip D. Anker*<br>Philip D. Anker (*philip.anker@wilmerhale.com*)<br><br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>**Attorneys for Credit Suisse, New York Branch (f/k/a Credit Suisse First Boston, New York Branch), Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston (USA), Inc.), Credit Suisse Capital Funding, Inc. (f/k/a DLJ Capital Funding, Inc), and The Royal Bank of Scotland PLC** |

| **WHITE & CASE LLP** | **K&L GATES LLP** |
|---|---|
| By: */s/ Heather K. McDevitt* | By: */s/ Michael R. Gordon* |
| Heather K. McDevitt (*hmcdevitt@whitecase.com*) | Richard S. Miller (*richard.miller@klgates.com*) |
| 1155 Avenue of the Americas | Michael R. Gordon (*michael.gordon@klgates.com*) |
| New York, New York 10036-2787 | 599 Lexington Avenue |
| Tel: 212-819-8200 | New York, NY 10022-6030 |
| Fax: 212-354-8113 | Telephone: (212) 536-3900 |
| | Facsimile: (212) 536-3901 |
| **Attorneys for ABN AMRO Bank, N.V.** | **Attorneys for Barclays Bank PLC** |