USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/09

# DAVIS POLK & WARDWELL LLP

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
MADRID
TOKYO
BEIJING
HONG KONG

ROBERT F. WISE, JR.
212 450 4512
ROBERT.WISE@DAVISPOLK.COM

**MEMO ENDORSED**

November 17, 2009

Re: Adelphia Recovery Trust v. Bank of America, N.A., et al.
Case No. 05 Civ. 9050 (S.D.N.Y.) (LMM)

By Hand Delivery

RECEIVED
IN CHAMBERS

NOV 17 2009

LAWRENCE M. McKENNA

The Hon. Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Dear Judge McKenna:

We represent Defendant Bank of America, N.A., in the above-referenced action. We write, with plaintiff's consent and on behalf of all of the Bank Defendants, to respectfully request that Your Honor extend the page limits for the briefs to be filed in connection with the Bank Defendants' Motion for Summary Judgment on In Pari Delicto Grounds (the "Motion"). The Motion will be filed Wednesday, November 18, 2009, pursuant to the Court's Order of October 27, 2009.

We request that the limit for the Defendants' opening memorandum of law and the Plaintiff's opposing memorandum of law be forty (40) pages each (excluding pages containing the signature blocks of counsel and exhibits or appendices attached thereto), and that the limit for the Defendants' reply memorandum of law be twenty-five (25) pages (excluding pages containing the signature blocks of counsel and exhibits or appendices attached thereto). The Plaintiff joins us in this request.

If this is acceptable to Your Honor, we respectfully request that Your Honor "so order" this letter and forward it to the Clerk for entry.

Granted. So
ordered.
LMM 11/17/09

Respectfully yours,

Robert F. Wise, Jr.

cc: All Counsel