UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADELPHIA RECOVERY TRUST,

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

No. 05 Civ. 9050 (LMM)

## NOTICE OF INVESTMENT BANKS' MOTION FOR SUMMARY JUDGMENT ON CLAIMS 36 & 40

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the accompanying Declaration of Nora K. Abularach, and all prior proceedings herein, defendants ABN AMRO Inc., Barclays Capital Inc., BMO Capital Markets Corp., BNY Capital Markets, Inc., CIBC World Markets Corp., JPMorgan Securities, Inc., Calyon Securities (USA), Inc., Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston Corporation and Donaldson, Lufkin & Jenrette Securities Corporation); Deutsche Bank Securities, Inc. (f/k/a Deutsche Bank Alex Brown, Inc.), Fleet Securities, Inc., Merrill Lynch & Co., Inc., Morgan Stanley & Co. Incorporated, PNC Capital Markets LLC, Scotia Capital (USA) Inc., SunTrust Robinson Humphrey, Inc. (f/ka SunTrust Equitable Securities), TD Securities (USA) LLC (f/k/a TD Securities (USA) Inc.), The Royal Bank of Scotland PLC, Cowen and Company, LLC, and Wachovia Capital Markets, LLC (f/k/a Wachovia Securities, Inc.), by their undersigned attorneys, will and hereby do move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order of Summary Judgment dismissing Claims 36 and 40 of the Second Amended Complaint.

Dated: New York, NY
November 18, 2009

Respectfully submitted,

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: /s/ Mitchell A. Lowenthal
Mitchell A. Lowenthal
(mlowenthal@cgsh.com)
Joon H. Kim
(joonkim@cgsh.com)
Members of the Firm

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
(*Attorneys for ABN AMRO Inc., Barclays
Capital Inc., BNY Capital Markets, Inc.,
CIBC World Markets Corp., Deutsche Bank
Securities, Inc. (f/k/a Deutsche Bank Alex
Brown, Inc.), Fleet Securities, Inc., Morgan
Stanley & Co. Incorporated, PNC Capital
Markets LLC, Scotia Capital (USA) Inc.,
SunTrust Robinson Humphrey, Inc. (f/k/a
SunTrust Equitable Securities), TD Securities
(USA) LLC (f/k/a TD Securities (USA) Inc.)*)


GIBSON, DUNN & CRUTCHER LLP

By: /s/ Marshall R. King
Marshall R. King (MK-1642)
Robert F. Serio (RS-2479)

200 Park Avenue
47th Floor
New York, New York 10166-0193
(212) 351-4000
(*Attorneys for Merrill Lynch & Co.*)

MILBANK, TWEED, HADLEY &

2

McCLOY LLP

By: /s/ Thomas A. Arena
　　　Thomas A. Arena (TA 4613)
　　　(tarena@milbank.com)

1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
*(Counsel for J.P. Morgan Securities, Inc.)*

DUANE MORRIS LLP

By: /s/ Lawrence J. Kotler
　　　Lawrence J. Kotler

1540 Broadway, Suite 1400
New York, NY 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Wayne A. Mack
J. Manly Parks
30 South 17th Street
Philadelphia, PA 19103-1020
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
*(Counsel Cowen and Company, LLC f/k/a Cowen & Co., LLC)*

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: /s/ Philip D. Anker
　　　Philip D. Anker
　　　(philip.anker@wilmerhale.com)

399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
*(Counsel for Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston Corporation and Donaldson, Lufkin & Jenrette Securities Corporation) and The*

*Royal Bank of Scotland PLC)*

MAYER BROWN LLP

By: /s/ Jean-Marie Atamian
    Jean-Marie L. Atamian
    (jatamian@mayerbrown.com)

1675 Broadway
New York, NY 10019
(212) 506-2500
*(Attorneys for BMO Capital Markets Corp.)*

SIMPSON THACHER & BARTLETT LLP

By: /s/ William T. Russell, Jr.
    William T. Russell, Jr.
    (wrussell@stblaw.com)
    Paul C. Gluckow
    (pgluckow@stblaw.com)
    Jeffrey Coviello
    (jcoviello@stblaw.com)

425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
*(Attorneys for Wachovia Capital Markets, LLC (f/k/a Wachovia Securities, Inc.)*

CLIFFORD CHANCE US LLP

By: /s/ Andrew Brozman
    Andrew Brozman (APB-2456)

31 West 52nd Street
New York, New York 10019
(212) 878-8000
*(Attorneys for Calyon Securities (USA), Inc.)*