UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADELPHIA RECOVERY TRUST,

    Plaintiff,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

No. 05 Civ. 9050 (LMM)

---

## INVESTMENT BANKS' STATEMENT PURSUANT TO LOCAL RULE 56.1 OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Rule 56.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 56 of the Federal Rules of Civil Procedure, the defendant Investment Banks[1] state the following material facts as to which there is no genuine issue to be tried:[2]

1. There is no evidence that the Investment Banks did anything beyond serving a limited role as underwriters on certain Adelphia securities offerings, and on occasion, certain of them made pitches to Adelphia management for additional investment banking business. Ex. 1 (Gelber 7/16/09 Tr. at 995:23-996:8); Ex. 2 (James Rigas 7/9/09 Tr. at 538:12-543:18); Ex. 3 (Michael Rigas 7/22/09 Tr. at 454:17-459:1)

2. Adelphia, a multi-billon dollar company, had access to professionals who plainly did owe Adelphia duties of care (e.g., Deloitte, its outside accountants, and Buchanan Ingersoll, its regular outside counsel). Ex. 4 (Venetis 3/11/09 Tr. at 81:10-23).

3. The Investment Banks had only limited interaction with Adelphia's senior management and no substantive interaction with Adelphia's Board. Ex. 5 (Coyle 3/24/09 Tr. at 98:17-21); Ex. 6 (Gelber 7/14/09 Tr. at 138:11-17, 139:24-140:2, 140:19-23; 214:2-5; 245:25-246:4); Ex. 4 (Venetis 3/11/09 Tr. at 266:9-12; 266:24-267:7); Ex. 7 (Venetis 3/12/09 Tr. at 456:12-16; 589:24-90:15); Ex. 8 (Venetis 4/15/09 Tr. at 627:7-20); Ex. 9 (Metros

---

[1] All capitalized terms not defined herein have the same meaning as in the accompanying Memorandum of Law in Support of the Investment Banks' Motion for Summary Judgment.

[2] Referenced exhibits are attached to the Declaration of Nora K. Abularach, dated November 18, 2009.

7/29/09 Tr. at 105:12-17, 261:6-15); Ex. 10 (Metros 7/30/09 Tr. at 732:6-15); Ex. 11 (Mulcahey 5/6/09 Tr. at 100:11-12, 105:16-20); Ex. 12 (Mulcahey 5/7/09 Tr. at 535:19–536:22); Ex. 13 (Kailbourne 10/1/09 Tr. at 549:3-13); Exs. 14-32 (ART's Responses and Objections to Interrogatories of the Investment Banks in which the ART fails to identify any statements made or documents provided to the Outside Directors by the Investment Banks).

4. There is no evidence of any written or oral agreement between the Investment Banks and Adelphia imposing a fiduciary or similar duty on the Investment Banks. Exs. 14-32 (ART's Responses and Objections to Interrogatories of the Investment Banks in which the ART offers only conclusory allegations and fails to identify any written or oral agreement between the Investment Banks and Adelphia imposing a fiduciary or similar duty on the Investment Banks).

5. There is no evidence that the Investment Banks either accepted or understood that they were entering into a fiduciary relationship with Adelphia. Exs. 14-32 (ART's Responses and Objections to Interrogatories of the Investment Banks in which the ART offers only conclusory allegations and fails to identify any specific facts supporting its contention that the various Investment Banks owed and breached a legal duty (fiduciary or otherwise) to Adelphia).

6. The Rigases were in possession of all information the ART alleges was concealed from the Outside Directors. Ex. 35 (SAC ¶¶ 805, 1007); Ex. 3 (Michael Rigas 7/22/09 Tr. at 673:5-12).

Dated: New York, New York
November 18, 2009

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _/s/ Mitchell A. Lowenthal_
Mitchell A. Lowenthal
(mlowenthal@cgsh.com)
Joon H. Kim
(joonkim@cgsh.com)
Members of the Firm

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

2

Facsimile: (212) 225-3999
(*Attorneys for ABN AMRO Inc., Barclays Capital Inc., BNY Capital Markets, Inc , CIBC World Markets Corp., Deutsche Bank Securities, Inc. (f/k/a Deutsche Bank Alex Brown, Inc.), Fleet Securities, Inc., Morgan Stanley & Co. Incorporated, PNC Capital Markets LLC, Scotia Capital (USA) Inc., SunTrust Robinson Humphrey, Inc. (f/ka SunTrust Equitable Securities), TD Securities (USA) LLC (f/k/a TD Securities (USA) Inc.)).*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Marshall R. King
    Marshall R. King (MK-1642)
    Robert F. Serio (RS-2479)

200 Park Avenue
47th Floor
New York, New York 10166-0193
(212) 351-4000
(*Attorneys for Merrill Lynch & Co.*)

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Thomas A. Arena
    Thomas A. Arena (TA 4613)
    (tarena@milbank.com)

1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
*(Counsel for J.P. Morgan Securities, Inc )*

DUANE MORRIS LLP

By: /s/ Lawrene J. Kotler
    Lawrence J. Kotler

1540 Broadway, Suite 1400
New York, NY 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Wayne A. Mack
J. Manly Parks
30 South 17th Street
Philadelphia, PA 19103-1020
Telephone: (215) 979-1000
Facsimile: (215) 979-1020
*(Counsel Cowen and Company, LLC f/k/a Cowen & Co., LLC)*

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Philip D. Anker
    Philip D. Anker
    (philip.anker@wilmerhale.com)

399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
*(Counsel for Credit Suisse Securities (USA) LLC (f/k/a Credit Suisse First Boston Corporation and Donaldson, Lufkin & Jenrette Securities Corporation) and The Royal Bank of Scotland PLC)*

MAYER BROWN LLP

By: /s/ Jean-Marie Atamian
    Jean-Marie L. Atamian
    (jatamian@mayerbrown.com)

1675 Broadway
New York, NY 10019
(212) 506-2500
*(Attorneys for BMO Capital Markets Corp.)*

SIMPSON THACHER & BARTLETT LLP

By: /s/ William T. Russell, Jr.
    William T. Russell, Jr.
    (wrussell@stblaw.com)
    Paul C. Gluckow

(pgluckow@stblaw.com)
Jeffrey Coviello
(jcoviello@stblaw.com)

425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
(*Attorneys for Wachovia Capital Markets,
LLC (f/k/a Wachovia Securities, Inc.*)

CLIFFORD CHANCE US LLP

By: /s/ Andrew Brozman
      Andrew Brozman (APB-2456)

31 West 52nd Street
New York, New York 10019
(212) 878-8000
(*Attorneys for Calyon Securities (USA),
Inc*)