UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ADELPHIA RECOVERY TRUST,                :
                                        :
            Plaintiff,                  :
                                        :  No. 05 Civ. 9050 (LMM)
      - against -                       :
                                        :
BANK OF AMERICA, N.A., *et al.*,        :
                                        :
            Defendants.                 :
---------------------------------------------------------------x

## DECLARATION OF HOWARD W. SCHUB IN SUPPORT OF MOTION TO EXCLUDE DEFENDANTS CUMULATIVE EXPERT REPORTS

I, Howard W. Schub, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the law firm of Kasowitz, Benson, Torres & Friedman LLP, co-counsel to Plaintiff, Adelphia Recovery Trust (the "Trust"), in the above-entitled action.

2. I submit this declaration in connection with the Trust's memorandum of law in support of the Trust's Motion to exclude Defendants' cumulative expert reports pursuant to Federal Rule of Evidence 403, dated December 9, 2009.

3. Attached hereto as Exhibit A is a true and correct copy of Defendants' May 15, 2009 Expert Witness Identification.

4. Attached hereto as Exhibit B is a true and correct copy of the Expert Report of Steven L. Schwarcz.

5. Attached hereto as Exhibit C is a true and correct copy of the Expert

Report of Vincent P. Van Nevel.

6. Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Bruce A. Green.

7. Attached hereto as Exhibit E is a true and correct copy of the Expert Report of Nabil N. El-Hage.

8. Attached hereto as Exhibit F is a true and correct copy of the Expert Report of Lucy P. Allen.

9. Attached hereto as Exhibit G is a true and correct copy of the Expert Report of Ray Ball.

10. Attached hereto as Exhibit H is a true and correct copy of the Expert Report of Robert P. Schweihs.

11. Attached hereto as Exhibit I is a true and correct copy of the Expert Report of Ronald Gilson.

12. Attached hereto as Exhibit J is a true and correct copy of the Expert Report of Robert J. Rock.

13. Attached hereto as Exhibit K is a true and correct copy of the Expert Report of John M. Lacey.

14. Attached hereto as Exhibit L is a true and correct copy of the Expert Report of John D. Finnerty.

15. Attached hereto as Exhibit M is a true and correct copy of the Expert Report of Cathryn R. Gregg.

Dated: New York, New York
December 9, 2009

*[signature]*
Howard W. Schub