UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ADELPHIA RECOVERY TRUST,            :

                Plaintiff,    :    05 Civ. 9050 (LMM)

      - against -             :    MEMORANDUM AND ORDER

BANK OF AMERICA, N.A., et al.,      :

                Defendants.   :

------------------------------------x

McKENNA, D.J.,

        The second session of oral argument, scheduled for August 10, 2010 at 2:30-4:30 p.m. will be held, on the same date, at 1:00-3:00 p.m.

SO ORDERED.

Dated:  August 9, 2010

                                       Lawrence M. McKenna
                                           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2010