UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

ADELPHIA RECOVERY TRUST,            :

                Plaintiff,    :    05 Civ. 9050 (LMM)

     - against -                  :    MEMORANDUM AND ORDER

BANK OF AMERICA, N.A., et al.,      :

                Defendants.   :

-----------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2010
```

McKENNA, D.J.,

        The second session of oral argument, scheduled for August 10, 2010 at 2:30-4:30 p.m. will be held, on the same date, at 1:00-3:00 p.m.

Dated:  August 9, 2010

                                    SO ORDERED.

                                    Lawrence M. McKenna
                                    U.S.D.J.