AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

ADELPHIA RECOVERY TRUST,

                Plaintiff,

     -against-

BANK OF AMERICA, N.A., et al.

                Defendants.

**APPEARANCE**

Case Number:  05 Civ. 9050 (LMM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PNC Bank, National Association and PNC Capital Markets LLC

I certify that I am admitted to practice in this court *to be  ~ice  this  matter.*

| 8/9/2010 | | |
|---|---|---|
| Date | | |

Signature

M. Jesse Carlson

| Print Name | | Bar Number |
|---|---|---|

725 Twelfth St., NW

Address

| Washington | DC | 20005 |
|---|---|---|
| City | State | Zip Code |

| (202) 434-5000 | (202) 434-5029 |
|---|---|
| Phone Number | Fax Number |