UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adelphia Communications Corp. and its Affiliated Debtors and Debtors in Possession and Official Committee of Unsecured Creditors of Adelphia Communications Corp.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America, N.A., et al.,<br><br>Defendants. | Case Nos.   05-CV-09050 (LMM)<br>05-CV-9250 (LMM)<br>05-CV-9285 (LMM)<br>(Related Cases)<br><br><br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard F. Ziegler, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Michael T. Brody |
| Firm Name: | Jenner & Block LLP |
| Address: | 353 N. Clark Street |
| City/State/Zip: | Chicago, IL  60654 |
| Phone Number: | 312-923-2711 |
| Fax Number: | 312-840-7711 |
| Email Address: | mbrody@jenner.com |

Michael T. Brody is a member in good standing of the bar of the State of Illinois. There is no pending disciplinary proceeding against Michael T. Brody in any State or Federal Court.

Dated: August 10, 2010
New York, New York

Respectfully Submitted:

_____
Richard F. Ziegler
SDNY Bar No. RZ-0872
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY  10022-3908
Phone: 212-891-1650
Fax:   212-909-0850

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adelphia Communications Corp. and its Affiliated Debtors and Debtors in Possession and Official Committee of Unsecured Creditors of Adelphia Communications Corp., <br><br> Plaintiffs, <br><br> v. <br><br> Bank of America, N.A., et al., <br><br> Defendants. | Case Nos.  05-CV-09050 (LMM) <br> 05-CV-9250 (LMM) <br> 05-CV-9285 (LMM) <br> (Related Cases) <br><br><br><br> ORDER FOR ADMISSION <br> PRO HAC VICE <br> ON WRITTEN MOTION |

Upon motion of Richard F. Ziegler, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Applicant's Name: Michael T. Brody
    Firm Name: Jenner & Block LLP
    Address: 353 N. Clark Street
    City/State/Zip: Chicago, IL 60654
    Phone Number: 312-923-2711
    Fax Number: 312-840-7711
    Email Address: mbrody@jenner.com

is admitted to practice *pro hac vice* as counsel for the Adelphia Recovery Trust (f/k/a the Adelphia Contingent Value Vehicle), in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August 10, 2010
      New York, New York

                                                       United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adelphia Communications Corp. and its Affiliated Debtors and Debtors in Possession and Official Committee of Unsecured Creditors of Adelphia Communications Corp.,<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America, N.A., et al.,<br><br>Defendants. | Case Nos.  05-CV-09050 (LMM)<br>                   05-CV-9250 (LMM)<br>                   05-CV-9285 (LMM)<br>                   (Related Cases)<br><br>AFFIDAVIT OF<br>RICHARD F. ZIEGLER IN SUPPORT<br>OF MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York    )
                                 )    ss:
County of New York  )

Richard F. Ziegler, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Jenner & Block LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Michael T. Brody as counsel *pro hac vice* to represent the Adelphia Recovery Trust (f/k/a/ the Adelphia Contingent Value Vehicle), in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael T. Brody since 2007.

4. Mr. Brody is a Partner at Jenner & Block LLP in Chicago, Illinois.

5. I have found Mr. Brody to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of Michael T. Brody, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Michael T. Brody, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael T. Brody, *pro hac vice*, to represent the Adelphia Recovery Trust (f/k/a the Adelphia Contingent Value Vehicle) in the above-captioned matter, be granted.

Dated: August 10, 2010
      New York, New York

Respectfully Submitted:

_____
Richard F. Ziegler
SDNY Bar No. RZ-0872

Subscribed and sworn to before me this
10th day of August, 2010.

_____
Notary Public

MERRILEE R. MYERS
Notary Public, State of New York
No. 01MY5013331
Qualified in Queens County
Commission Expires July 15, 20 11

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Timothy Brody

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 12, 1983 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, August 09, 2010.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adelphia Communications Corp. and its Affiliated Debtors and Debtors in Possession and Official Committee of Unsecured Creditors of Adelphia Communications Corp., <br><br> Plaintiffs, <br><br> v. <br><br> Bank of America, N.A., et al., <br><br> Defendants. | Case Nos.  05-CV-09050 (LMM) <br> 05-CV-9250 (LMM) <br> 05-CV-9285 (LMM) <br> (Related Cases) <br><br> **CERTIFICATE OF SERVICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE AND AFFIDAVIT IN SUPPORT** |

I, Richard F. Ziegler, certify that on August 10, 2010, I caused a copy of the Motion to Admit Michael T. Brody *Pro Hac Vice* and the Affidavit in support thereof to be served, by ECF and electronic mail, upon the attorneys of record in this case.

_____
Richard F. Ziegler
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY  10022-3908
Phone: 212-891-1650
Fax:    212-909-0850