USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2010

McKeana, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adelphia Communications Corp. and its )
Affiliated Debtors and Debtors in )
Possession and Official Committee of )
Unsecured Creditors of Adelphia ) Case Nos.   05-CV-09050 (LMM)
Communications Corp., )                        05-CV-9250 (LMM)
) 05-CV-9285 (LMM)
Plaintiffs, ) (Related Cases)
)
v. )
)
Bank of America, N.A., et al., ) ORDER FOR ADMISSION
) PRO HAC VICE
Defendants. ) ON WRITTEN MOTION

Upon motion of Richard F. Ziegler, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Michael T. Brody |
| Firm Name: | Jenner & Block LLP |
| Address: | 353 N. Clark Street |
| City/State/Zip: | Chicago, IL 60654 |
| Phone Number: | 312-923-2711 |
| Fax Number: | 312-840-7711 |
| Email Address: | mbrody@jenner.com |

is admitted to practice *pro hac vice* as counsel for the Adelphia Recovery Trust (f/k/a the Adelphia Contingent Value Vehicle), in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: August 10, 2010
       New York, New York

X _____  8/11/10
United States District / Magistrate Judge