UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADELPHIA RECOVERY TRUST, et al.,

                Plaintiffs,

- against -                            No. 05 Civ. 9050 (LMM)

BANK OF AMERICA, N.A., et al.

                Defendants.

---

### CONSENT AND ORDER FOR SUBSTITUTION OF COUNSEL

The undersigned hereby consent and agree that Thompson Hine LLP, 335 Madison Avenue, 12th Floor, New York, New York 10017, be and hereby is substituted in place of for Stevens & Lee P.C., 485 Madison Avenue, New York, New York 10022, as counsel of record for Key Bank National Association in the above-captioned matter.

        Rebecca A. Brazzano
        Thompson Hine LLP
        335 Madison Avenue, 12th Floor
        New York, New York 10017
        Phone: 212-344-5680
        Fax: 212-344-6101
        rebecca.brazzano@thompsonhine.com

Dated: November 9, 2010

| WITHDRAWING COUNSEL | SUBSTITUTING COUNSEL |
|---|---|
| STEVENS & LEE P.C. | THOMPSON HINE LLP |
| By: _____ | By: _____ |
| Constantine Pourakis | Rebecca Brazzano |
| 485 Madison Avenue | 335 Madison Avenue, 12th Floor |
| New York, NY 10022 | New York, NY 10017 |

**IT IS SO ORDERED**

_____
HONORABLE LAWRENCE M. McKENNA
UNITED STATES DISTRICT COURT JUDGE