AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 05-cv-9050

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Key Bank National Association

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/9/2010 | _[signature]_ |
| Date | Signature |
| | Rebecca A. Brazzano — RT 3752 |
| | Print Name — Bar Number |
| | Thompson Hine LLP,   335 Madison Ave., 12th Floor |
| | Address |
| | New York   New York   10017 |
| | City   State   Zip Code |
| | (212) 344-5680   (212) 344-6101 |
| | Phone Number   Fax Number |