McKenna, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2010

ADELPHIA RECOVERY TRUST, et al.,

Plaintiffs,

- against -

No. 05 Civ. 9050 (LMM)

BANK OF AMERICA, N.A., et al.

Defendants.

## CONSENT AND ORDER FOR SUBSTITUTION OF COUNSEL

The undersigned hereby consent and agree that Thompson Hine LLP, 335 Madison Avenue, 12th Floor, New York, New York 10017, be and hereby is substituted in place of for Stevens & Lee P.C., 485 Madison Avenue, New York, New York 10022, as counsel of record for Key Bank National Association in the above-captioned matter.

Rebecca A. Brazzano
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Phone: 212-344-5680
Fax: 212-344-6101
rebecca.brazzano@thompsonhine.com

Dated: November 9, 2010

| **WITHDRAWING COUNSEL** | **SUBSTITUTING COUNSEL** |
|---|---|
| STEVENS & LEE P.C. | THOMPSON HINE LLP |
| By: *[signature]* | By: *[signature]* |
| Constantine Pourakis | Rebecca Brazzano |
| 485 Madison Avenue | 335 Madison Avenue, 12th Floor |
| New York, NY 10022 | New York, NY 10017 |

**IT IS SO ORDERED**

*[signature]* 11/10/10

HONORABLE LAWRENCE M. McKENNA
UNITED STATES DISTRICT COURT JUDGE