David M. Friedman (dfriedman@kasowitz.com)
Michael C. Harwood (mharwood@kasowitz.com)
Howard W. Schub (hschub@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
ADELPHIA RECOVERY TRUST, : No. 05 Civ. 9050 (LMM)
 :
              Plaintiff, :
 :
     - against - :
 :
BANK OF AMERICA, N.A., *et al.*, :
 :
             Defendants. :
------------------------------------------------------------------------x

### NOTICE OF FILING OF THE FINAL EXECUTED SETTLEMENT AGREEMENT BETWEEN THE ADELPHIA RECOVERY TRUST AND THE BANK DEFENDANTS

**PLEASE TAKE NOTICE** that annexed hereto as **Exhibit A** is a copy of the final executed Settlement Agreement between the Adelphia Recovery Trust and the Bank Defendants, dated as of October 25, 2010.  The draft Settlement Agreement was annexed as Exhibit A to the Adelphia Recovery Trust's Motion With Respect To Settlement Agreement With The Bank Defendants And Dismissal of Claims, dated October 18, 2010.  Aside from formatting and certain other changes, the final executed Settlement Agreement is substantially similar to the draft Settlement Agreement.

Dated: November 10, 2010
New York, New York

By: /s/ Howard W. Schub
Howard W. Schub
(hschub@kasowitz.com)
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

To: All counsel on the below service list

## SERVICE LIST

| Counsel | Email |
| --- | --- |
| Clifford Chance LLP | andrew.brozman@cliffordchance.com<br>jennifer.demarco@cliffordchance.com<br>jeff.butler@cliffordchance.com<br>john.song@cliffordchance.com<br>wendy.rosenthal@cliffordchance.com |
| Cravath, Swaine & Moore, L.L.P. | mshulman@cravath.com |
| Davis Polk & Wardwell LLP | robert.wise@davispolk.com<br>edmund.polubinski@davispolk.com<br>dana.seshens@milbank.com |
| Dewey Pegno & Kramarsky LLP | skramarsky@dpklaw.com |
| Duane Morris LLP | jmparks@duanemorris.com<br>ljkotler@duanemorris.com<br>sszabaneh@duanemorris.com<br>horstmann@duanemorris.com |
| Gibson Dunn & Crutcher LLP | acoyle@gibsondunn.com<br>awollin@gibsondunn.com<br>jhalter@gibsondunn.com<br>mking@gibsondunn.com<br>rserio@gibsondunn.com<br>cjoralemon@gibsondunn.com<br>mkirsch@gibsondunn.com |
| Greenberg Traurig LLP | colea@gtlaw.com |

| | |
|---|---|
| Hahn & Hessen LLP | jamato@hahnhessen.com<br>jproman@hahnhessen.com |
| Haynes & Boone LLP | debbie.mccomas@haynesboone.com<br>judith.elkin@haynesboone.com<br>rick.anigian@haynesboone.com<br>thomas.kurth@haynesboone.com<br>thomas.wisinski@haynesboone.com |
| Hughes Hubbard & Reed LLP | epstein@hugheshubbard.com<br>gartman@hugheshubbard.com<br>greens@hugheshubbard.com<br>huberty@hugheshubbard.com<br>luskin@hugheshubbard.com<br>tsougara@hugheshubbard.com |
| Jones Day LLP | rlwynne@jonesday.com |
| Kaye Scholer LLP | stalmadge@kayescholer.com<br>arubinstein@kayescholer.com<br>jfuisz@kayescholer.com |
| King & Spalding LLP | dernst@kslaw.com<br>hwinsberg@kslaw.com |
| Kirkpatrick Lockhart Preston Gates Ellis LLP | brian.koosed@klgates.com<br>joanna.diakos@klgates.com<br>michael.gordon@klgates.com<br>richard.miller@klgates.com<br>robert.honeywell@klgates.com |
| K&L Gates | john.culver@klgates.com |
| Mayer Brown LLP | jatamian@mayerbrown.com<br>jconlon@mayerbrown.com<br>mannunziata@mayerbrown.com<br>rfinke@mayerbrown.com<br>ssandell@mayerbrown.com<br>vconnelly@mayerbrown.com |
| McGuire Woods LLP | amccollough@mcguirewoods.com<br>dhayes@mcguirewoods.com<br>jsheerin@mcguirewoods.com<br>phayden@mcguirewoods.com<br>rplotkin@mcguirewoods.com |
| Bingham McCutchen LLP | jennifer.hurleymcgay@bingham.com<br>matthew.minerva@bingham.com<br>steven.brody@bingham.com |
| Milbank Tweed Hadley & McCloy LLP | cjohnson@milbank.com<br>ddunne@milbank.com<br>dgelfand@milbank.com<br>dheyl@milbank.com<br>jcavoli@milbank.com |

|  | ldakin-grimm@milbank.com<br>lmandel@milbank.com<br>ksmokowski@milbank.com<br>mcomerford@milbank.com<br>pnewman@milbank.com<br>rhora@milbank.com<br>rpenski@milbank.com<br>rsekino@milbank.com<br>sedelman@milbank.com<br>srappaport@milbank.com<br>szoracki@milbank.com<br>tarena@milbank.com<br>trangwala@milbank.com<br>mhirschfeld@milbank.com |
|---|---|
| Simpson Thacher & Bartlett LLP | egraff@stblaw.com<br>jcoviello@stblaw.com<br>pgluckow@stblaw.com<br>ppantaleo@stblaw.com<br>wrussell@stblaw.com |
| Squire, Sanders & Dempsey LLP | rlhanger@ssd.com |
| Stites & Haribson PLLC | garry.grooms@stites.com<br>rwgriffith@stites.com |
| Stroock & Stroock & Lavan LLP | cszyfer@stroock.com<br>fhealy@stroock.com<br>kpasquale@stroock.com<br>mbrosterman@stroock.com |
| Thorp Reed & Armstrong, LLP | ahershey@thorpreed.com<br>rridge@thorpreed.com<br>wwycoff@thorpreed.com |
| White & Case LLP | achase@whitecase.com<br>hmcdevitt@whitecase.com<br>jweedman@whitecase.com |
| Williams & Connolly LLP | akeyes@wc.com<br>jmcnichols@wc.com<br>lwade@wc.com<br>tcraig@wc.com<br>wpeters@wc.com |
| Wilmer Cutler Pickering Hale & Dorr LLP | andy.weissman@wilmerhale.com<br>alan.schoenfeld@wilmerhale.com<br>daniel.gardner@wilmerhale.com<br>john.valentine@wilmerhale.com<br>philip.anker@wilmerhale.com<br>sanket.bulsara@wilmerhale.com<br>theresa.titolo@wilmerhale.com |