UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ADELPHIA RECOVERY TRUST,              :      No.: 05-Civ-9050 (LMM)
                                      :
                   Plaintiff,         :
                                      :      **NOTICE OF APPEAL**
     -against-                        :
                                      :
BANK OF AMERICA, N.A., et al.,        :
                                      :
                   Defendants.        :
------------------------------------------------------x

Notice is hereby given that Plaintiff in the above captioned case, Adelphia Recovery Trust, appeals to the United States Court of Appeals for the Second Circuit from judgment of the United States District Court for the Southern District of New York, in this action entered on April 13, 2011 granting summary judgment as to Defendant, Goldman, Sachs & Co., dismissing the complaint as to it, as set forth in the Memorandum and Order, dated April 7, 2011.

Dated: New York, New York
       May 6, 2011

                                   KASOWITZ, BENSON, TORRES
                                     & FRIEDMAN LLP

                                   By: _____
                                      David M. Friedman
                                      (dfriedman@kasowitz.com)
                                      Michael C. Harwood
                                      (mharwood@kasowitz.com)
                                      Howard W. Schub
                                      (hschub@kasowitz.com)
                                      1633 Broadway
                                      New York, New York  10019
                                      Tel: (212) 506-1700
                                      Fax: (212) 506-1800

                                   Counsel for Adelphia Recovery Trust

To:

Claude Szyfer
(cszyfer@stroock.com)
Melvin Brosterman
(mbrosterman@stroock.com)
Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10030
Tel: (212) 806-5400
Fax: (212) 806-6008

Counsel for Goldman, Sachs & Co.