```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
IN RE ADELPHIA COMMUNICATIONS       :    03 MDL 1529 (LMM)
CORPORATION SECURITIES AND          :
DERIVATIVE LITIGATION               :    MEMORANDUM AND ORDER
                                    :
------------------------------------x
                                    :
THIS DOCUMENT RELATES TO ALL CASES  :
INCLUDING RELATED CASES             :
                                    :
------------------------------------x

McKENNA, D.J.

      Counsel for the parties in all open cases in or related to the above multidistrict litigation are directed to supply the Court, not later than September 5, 2012, with a list of all pending undecided motions filed by them, indicating, as to each motion, the docket number of the case and the docket entry number(s) of the motion(s), if any, adding an asterisk if the case is the subject of settlement discussions which, if successful, would render the motion moot.[1]

Dated:  August 28, 2012

SO ORDERED.

_____
Lawrence M. McKenna
U.S.D.J.

---

[1] This order is filed on ECF only, in view of the number of parties affected.